```
                             United States Bankruptcy Court
                                   District of Nevada
In re:                                                         Case No. 20-10752-abl
JIMENEZ ARMS, INC.                                             Chapter 7
      Debtor                    CERTIFICATE OF NOTICE
District/off: 0978-2           User: carruthnp              Page 1 of 2              Date Rcvd: Feb 11, 2020
                               Form ID: 309C                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db             +JIMENEZ ARMS, INC.,    7380 EASTGATE ROAD, SUITE 150,    HENDERSON, NV 89011-4019
11078111       +500 E. THIRD ST.,    Acct No 8800,    Carson City, NV 89701-4772
11078112       +AZURE CREATIVE ENTERPRISES,    P.O. BOX 1888,    Claremont, CA 91711-8888
11078113       +BILLY RA SOAPE AND LINDA JEAN SOAPE,    Acct No xxx5-388,    C/O PHENIX & CRUMP, PLLC,
                 ATTN: J.R. 'RUSTY' PHENIX,    P.O. BOX 1005,    Henderson, TX 75653-1005
11078114       +CAL-AMMO, INC.,    14159 BUSINESS CENTER DR.,    Moreno Valley, CA 92553-9101
11078115       +CARL WAYNE ORR,    Acct No xxx5-388,    C/O PHENIX & CRUMP, PLLC,    ATTN: J.R. 'RUSTY' PHENIX,
                 P.O. BOX 1005,    Henderson, TX 75653-1005
11078116       +CENTENNIAL SPRING CO.,    1777 W. ARROW RTE. UNIT 410,    Upland, CA 91786-4287
11078117       +CITY OF KANSAS CITY, MI,    Acct No xxxx-xxx0829,    415 EAST 12TH STREET,    CIRCUIT DIVISION),
                 Kansas City, MO 64106-2706
11078118        CLARK COUNTY ASSESSOR,    C/O BANKRUPTCY CLERK,    500 SOUTH GRAND CENTRAL PARKWAY,
                 P.O. BOX 551401,    Las Vegas, NV 89155-1401
11078119        CLARK COUNTY TREASURER,    C/O BANKRUPTCY CLERK,    500 S. GRAND CENTRAL PKWY,    P.O. BOX 551220,
                 Las Vegas, NV 89155-1220
11078120       +COAST CUTTERS CO, INC.,    105 NORTH 9TH AVE.,    Upland, CA 91786-5412
11078121       +COMPUTED TOOL  & DIE,    2910 E. RICKER WAY,    Anaheim, CA 92806-2526
11078122       +DEPT. OF EMPLOYMENT, TRAINING & REHAB,    EMPLOYMENT SECURITY DIVISION,    500 EAST THIRD STREET,
                 Carson City, NV 89713-0002
11078123       +ESTATE OF ALVINO DWIGHT CRAWFORD,    Acct No xxxx-xxx7245,    SHAMBERG, JOHNSON & BERGMAN,
                 ATTN:  DAVID R. MORANTZ, ESQ.,    2600 GRAND BLVD., SUITE 550,    Kansas City, MO 64108-4627
11078124       +EVERYTOWN LAW,    Acct No xxxx-xxx7245,    P.O. BOX #4184,    New York, NY 10163-4184
11078125       +FOLAND, WICKENS, ROPER, HOFER &CRAWFORD,    1200 MAIN, SUITE 2200,    Kansas City, MO 64105-2159
11078126       +GENSKE, MULDER COMPANY LLP,    3187 RED HILL AVE. #110,    Costa Mesa, CA 92626-3446
11078127        HARSCH INVESTMENTS PROPERTIES - NV, LLC,    Henderson, NV 89011
11078128       +IDCI,    14733 S. AVALON BLVD.,    Gardena, CA 90248-2009
11078129       +INTELLIGENT DESIGN I.T. CONSULTING,    631 NORTH STEPHANIE STREET #345,
                 Henderson, NV 89014-2633
11078131       +JA INDUSTRIES, LLC,    43 DESERT SUNFLOWER CIRCLE,    Henderson, NV 89002-3308
11078132       +JENNISON ENGINEERING, INC.,    13546 CENTRAL AVE., UNIT E.,    Chino, CA 91710-5116
11078133       +MJO ENTERPRISES,    38 PHILLIPSBURG,    Irvine, CA 92620-3264
11078134       +NEVADA DEPARTMENT OF MOTOR VEHICLES,    2621 E. SAHARA AVE.,    Las Vegas, NV 89104-4136
11078136       +NEVADA DEPT OF TAXATION,    Acct No 4325,    2550 PASEO VERDE PARKWAY,SUITE #180,
                 Henderson, NV 89074-7129
11078137       +NEVADA DEPT. OF EMPLOYMENT TRAINING AND,    Acct No 8800,    2800 E. ST. LOUIS AVE.,
                 Las Vegas, NV 89104-4267
11078139       +PAUL JIMENEZ JR.,    43 DESERT SUNFLOWER CIRCLE,    Henderson, NV 89002-3308
11078140       +PAUL JIMENEZ, SR.,    43 DESERT SUNFLOWER CIRCLE,    Henderson, NV 89002-3308
11078141       +PENTRATE METAL PROCESSING,    3517 EAST OLYMPIC BLVD.,    Los Angeles, CA 90023-3976
11078142       +PORTER LAW FIRM, A PROFESSIONAL CORP.,    Acct No xxx5-388,    3311 WOODS BLVD.,
                 Tyler, TX 75707-1657
11078143       +PRAXAIR,    2301 SE CREEKVIEW DR.,    Ankeny, IA 50021-8500
11078144       +RBC PRECISION PRODUCTS-BREMEN,    225 INDUSTRIAL DR.,    Bremen, IN 46506-2115
11078145       +SIERRA WESTERN,    3765 MAUNA LOA ST.,    Brea, CA 92823-6328
11078147        SUNSTATE EQUIPMENT,    C/O CONSTRUCTION COLLECTION SPECIALISTS,,    P.O.BOX 44500,
                 Phoenix, AZ 85064-4500
11078148       +THE ESTATE OF MELINDA ANN ORR,    Acct No xxx5-388,    C/O PHENIX & CRUMP, PLLC,
                 ATTN: J.R. 'RUSTY' PHENIX,    P.O. BOX 1005,    Henderson, TX 75653-1005
11078149        TOTAL ECLIPSE GROUP, LTD,    FLAT 8 16/F BLOCK A,    34-36AU PUI WAN STREET,
                 FO TAN SHATIN N.T. HONG KONG
11078150       +UNITED STATES TREAASURY (EXCISE TAX),    ALCOHOL AND TOBACCO TAX AND TRADE BUREAU,
                 1500 PENNSYVANIA AVE. N.W.,    Washington, DC 20220-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: tcrowe@thomascrowelaw.com Feb 12 2020 03:15:47      THOMAS E. CROWE,
                 2830 S. JONES BLVD. # 3,    LAS VEGAS, NV   89146
tr             +EDI: FLESCHWARTZER.COM Feb 12 2020 08:08:00      LENARD E. SCHWARTZER,    2850 S. JONES BLVD., #1,
                 LAS VEGAS, NV 89146-5640
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Feb 12 2020 03:16:18      U.S. TRUSTEE - LV - 7,
                 300 LAS VEGAS BOULEVARD, SO.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
11078130        EDI: IRS.COM Feb 12 2020 08:08:00      INTERNAL REVENUE SERVICE,    P.O. BOX 7346,
                 Philadelphia, PA 19101-7346
11078135        E-mail/Text: tax-bankruptcy@tax.state.nv.us Feb 12 2020 03:16:41
                 NEVADA DEPARTMENT OF TAXATION,    Acct No xxxx xx. xx1443,    1550 COLLEGE PARKWAY, SUITE 115,
                 Carson City, NV 89706-7937
11078138       +E-mail/Text: tax-bankruptcy@tax.state.nv.us Feb 12 2020 03:16:41      NEVADA DEPT. OF TAXATION,
                 BANKRUPTCY SECTION,    555 EAST WASHINGTON AVENUE,    SUITE 1300,    Las Vegas, NV 89101-1046
11078146        E-mail/Text: sanfrancisco.bnc@ssa.gov Feb 12 2020 03:16:44      SOCIAL SECURITY ADMINISTRATION,
                 OFFICE OF THE REGIONAL CHIEF COUNSEL,    REGION IX,    160 SPEAR STREET, SUITE 800,
                 San Francisco, CA 94105-1545
11078151       +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Feb 12 2020 03:16:18      UNITED STATES TRUSTEE,
                 300 LAS VEGAS BLVD., SOUTH #4300,    Las Vegas, NV 89101-5803
                                                                                              TOTAL: 8
```

```
District/off: 0978-2          User: carruthnp            Page 2 of 2              Date Rcvd: Feb 11, 2020
                              Form ID: 309C              Total Noticed: 45
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:
              LENARD E. SCHWARTZER    trustee@s-mlaw.com,
               lbenson@s-mlaw.com;nv17@ecfcbis.com;les@trustesolutions.net
              THOMAS E. CROWE    on behalf of Debtor    JIMENEZ ARMS, INC. tcrowe@thomascrowelaw.com,
               tcrowe@lvcoxmail.com;appstcl@yahoo.com
              U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
                                                                                                  TOTAL: 3

**Information to identify the case:**

| Debtor | **JIMENEZ ARMS, INC.** | EIN | **20–3280912** |
|---|---|---|---|
| | Name | | |

| United States Bankruptcy Court | **District of Nevada** | Date case filed for chapter **7** **2/10/20** |
|---|---|---|
| Case number: | **20–10752–abl** | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | JIMENEZ ARMS, INC. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7380 EASTGATE ROAD, SUITE 150<br>HENDERSON, NV 89011 | |
| 4. | **Debtor's attorney**<br>Name and address | THOMAS E. CROWE<br>2830 S. JONES BLVD. # 3<br>LAS VEGAS, NV 89146 | Contact phone (702) 794–0373<br>Email: tcrowe@thomascrowelaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LENARD E. SCHWARTZER<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146 | Contact phone (702) 307–2022 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br>Contact phone: (702) 527–7000<br>Date: 2/11/20 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 18, 2020 at 10:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**300 Las Vegas Blvd., South, Room 1500,<br>Las Vegas, NV 89101** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1