United States Bankruptcy Court
District of Nevada

In re:  
JIMENEZ ARMS, INC.  
     Debtor

Case No. 20-10752-abl  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0978-2     User: carruthnp     Page 1 of 1     Date Rcvd: Feb 11, 2020  
                                   Form ID: ndef7ni     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.  
db         +JIMENEZ ARMS, INC.,   7380 EASTGATE ROAD, SUITE 150,    HENDERSON, NV 89011-4019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:  
            LENARD E. SCHWARTZER    trustee@s-mlaw.com,  
             lbenson@s-mlaw.com;nv17@ecfcbis.com;les@trustesolutions.net  
            THOMAS E. CROWE    on behalf of Debtor    JIMENEZ ARMS, INC. tcrowe@thomascrowelaw.com,  
             tcrowe@lvcoxmail.com;appstcl@yahoo.com  
            U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov  
                                                                                               TOTAL: 3

NVB 1007–2 (Rev. 8/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                              BK–20–10752–abl
                                                                    CHAPTER 7
JIMENEZ ARMS, INC.

                Debtor(s)                      NOTICE OF INCOMPLETE
                                               AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 2/10/20. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

VOLUNTARY PETITION:

   *   The Voluntary Petition did not have attached to it a true copy of the resolution of the corporation's board of directors authorizing the filing. [CORPORATIONS ONLY]

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

   *   The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
       *   Summary of Assets and Liabilities for Non–Individuals (Official Form 206Sum)
       *   Schedule A/B: Property (Official Form 206A/B)
       *   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
   *   The Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy (Official Form 207), required pursuant to LR 1007(b) and (c), was not filed with the Voluntary Petition.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 2/11/20

                                                    *Mary A Schott*

                                                    Mary A. Schott
                                                    Clerk of Court