E FILED ON 03/10/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd., Suite 3
Las Vegas, Nevada 89146
(702) 794-0373
Nevada State Bar no. 3048
tccrowe@thomascrowelaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S- 20-10752-ABL |
| | ) | CHAPTER 7 |
| JIMENEZ ARMS, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**RESOLUTION OF THE BOARD OF DIRECTORS OF**
**JIMENEZ ARMS, INC.**

DATED this 10th day of March, 2020.

            THOMAS E. CROWE PROFESSIONAL
            LAW CORPORATION

            By /s/ THOMAS E. CROWE
             THOMAS E. CROWE, ESQ.
             2830 S. Jones Blvd., Ste. 3
             Las Vegas, NV  89146
             Attorney for Debtor

## RESOLUTION OF THE BOARD OF DIRECTORS
## OF JIMENEZ ARMS, INC.

Special Meeting of 02/01/2020

The Board of Directors met at this special meeting to discuss the financial condition of the corporation. After discussion a motion was made and seconded to adopt the following resolution:

Whereas the affairs of the business of this corporation have not been successfully conducted for several months,

Be it therefore resolved that this corporation file its voluntary Petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court and

Be it further resolved that PAUL JIMENEZ, SR. is hereby authorized to prepare the necessary Petition for relief and by that person's single signature execute all necessary documents and bind this corporation thereby and

Be it further resolved that PAUL JIMENEZ, SR. is hereby authorized to engage the services of any attorney or accountant or both as shall appear necessary to assist in this matter and to reimburse any attorney or accountant so engaged out of the assets of the corporation.

The motion was adopted by a vote of 1 for filing to 0 against.

There being no further business to come before this meeting, a motion to adjourn

/ / /

/ / /

/ / /

/ / /

was made and seconded and the meeting was adjourned.

DATED this 25 day of February, 2020.

JIMENEZ ARMS, INC.

*[signature]*
JIMENEZ ARMS, INC.
DIRECTOR

Scanned by TapScanner