**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(712) 307-2022

TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. BK-S 20-10752-ABL** |
| | ) | |
| **JIMENEZ ARMS, INC.** | ) | **IN PROCEEDING UNDER CHAPTER 7** |
| | ) | |
| | ) | **NOTICE OF RESCHEDULED** |
| | ) | **MEETING - REMOTE** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| _____ | ) | |

TO:    ALL INTEREST PARTIES

    NOTICE IS HEREBY GIVEN that the 341a Meeting of creditors scheduled in the above-captioned case will be held at the date and time previously set. However, the meeting will be conducted by telephonic means. DO NOT APPEAR AT THE COURTHOUSE. On the date and time set for the 341 meeting, please use the following information to call in:

Dial-in number:  1-517-444-4280 Local/Toll Number OR
                 877-927-8191 Freephone/Toll Free Number

Passcode:        4848388#

Dated: April 7, 2020                    /s/ LENARD E. SCHWARTZER
                                        LENARD E. SCHWARTZER
                                        Trustee

For help with dialing in:
https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialing Information.pdf

MEETING PROTOCOLS FOR TELEPHONIC HEARINGS.

1. If possible, use a landline instead of a cell phone.

2. If possible, avoid using a speaker phone.

3 Once connected, please place your p hone on "MUTE" until your case is called.

4. When you case is called, please "UNMUTE" your phone and identify yourself.

5. Participate from a quiet area with little or no background noise.

6. Once connected, do NOT put the call on HOLD for any reason.

7. If there are two people attending the same hearing that are located in the same place, if possible, have each person call in from separate phone lines.

8. Once your hearing is completed, please hang up the phone.

9. If you are disconnected from the hearing, call back in immediately.