```
                            United States Bankruptcy Court
                                  District of Nevada
In re:                                                                Case No. 20-10752-abl
JIMENEZ ARMS, INC.                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0978-2          User: youngbloo              Page 1 of 2           Date Rcvd: May 20, 2020
                              Form ID: pdf810              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db             #+JIMENEZ ARMS, INC.,    7380 EASTGATE ROAD, SUITE 150,    HENDERSON, NV 89011-4019
11078111        +500 E. THIRD ST.,    Acct No 8800,    Carson City, NV 89701-4772
11078112        +AZURE CREATIVE ENTERPRISES,    P.O. BOX 1888,    Claremont, CA 91711-8888
11078113        +BILLY RA SOAPE AND LINDA JEAN SOAPE,    Acct No xxx5-388,    C/O PHENIX & CRUMP, PLLC,
                 ATTN: J.R. 'RUSTY' PHENIX,    P.O. BOX 1005,    Henderson, TX 75653-1005
11078114        +CAL-AMMO, INC.,    14159 BUSINESS CENTER DR.,    Moreno Valley, CA 92553-9101
11078115        +CARL WAYNE ORR,    Acct No xxx5-388,    C/O PHENIX & CRUMP, PLLC,    ATTN: J.R. 'RUSTY' PHENIX,
                 P.O. BOX 1005,    Henderson, TX 75653-1005
11078116        +CENTENNIAL SPRING CO.,    1777 W. ARROW RTE. UNIT 410,    Upland, CA 91786-4287
11078117        +CITY OF KANSAS CITY, MI,    Acct No xxxx-xxx0829,    415 EAST 12TH STREET,    CIRCUIT DIVISION),
                 Kansas City, MO 64106-2706
11078118         CLARK COUNTY ASSESSOR,    C/O BANKRUPTCY CLERK,    500 SOUTH GRAND CENTRAL PARKWAY,
                 P.O. BOX 551401,    Las Vegas, NV 89155-1401
11078119         CLARK COUNTY TREASURER,    C/O BANKRUPTCY CLERK,    500 S. GRAND CENTRAL PKWY,    P.O. BOX 551220,
                 Las Vegas, NV 89155-1220
11078120        +COAST CUTTERS CO, INC.,    105 NORTH 9TH AVE.,    Upland, CA 91786-5412
11078121        +COMPUTED TOOL  & DIE,    2910 E. RICKER WAY,    Anaheim, CA 92806-2526
11078122        +DEPT. OF EMPLOYMENT, TRAINING & REHAB,    EMPLOYMENT SECURITY DIVISION,    500 EAST THIRD STREET,
                 Carson City, NV 89713-0002
11078123        +ESTATE OF ALVINO DWIGHT CRAWFORD,    Acct No xxxx-xxx7245,    SHAMBERG, JOHNSON & BERGMAN,
                 ATTN:  DAVID R. MORANTZ, ESQ.,    2600 GRAND BLVD., SUITE 550,    Kansas City, MO 64108-4627
11078124        +EVERYTOWN LAW,    Acct No xxxx-xxx7245,    P.O. BOX #4184,    New York, NY 10163-4184
11078125        +FOLAND, WICKENS, ROPER, HOFER &CRAWFORD,    1200 MAIN, SUITE 2200,    Kansas City, MO 64105-2159
11078126        +GENSKE, MULDER COMPANY LLP,    3187 RED HILL AVE. #110,    Costa Mesa, CA 92626-3446
11078127         HARSCH INVESTMENTS PROPERTIES - NV, LLC,    Henderson, NV 89011
11078128        +IDCI,    14733 S. AVALON BLVD.,    Gardena, CA 90248-2009
11078129        +INTELLIGENT DESIGN I.T. CONSULTING,    631 NORTH STEPHANIE STREET #345,
                 Henderson, NV 89014-2633
11078131        +JA INDUSTRIES, LLC,    43 DESERT SUNFLOWER CIRCLE,    Henderson, NV 89002-3308
11078132        +JENNISON ENGINEERING, INC.,    13546 CENTRAL AVE., UNIT E.,    Chino, CA 91710-5116
11078133        +MJO ENTERPRISES,    38 PHILLIPSBURG,    Irvine, CA 92620-3264
11078134        +NEVADA DEPARTMENT OF MOTOR VEHICLES,    2621 E. SAHARA AVE.,    Las Vegas, NV 89104-4136
11078136        +NEVADA DEPT OF TAXATION,    Acct No 4325,    2550 PASEO VERDE PARKWAY,SUITE #180,
                 Henderson, NV 89074-7129
11078137        +NEVADA DEPT. OF EMPLOYMENT TRAINING AND,    Acct No 8800,    2800 E. ST. LOUIS AVE.,
                 Las Vegas, NV 89104-4267
11078139        +PAUL JIMENEZ JR.,    43 DESERT SUNFLOWER CIRCLE,    Henderson, NV 89002-3308
11078140        +PAUL JIMENEZ, SR.,    43 DESERT SUNFLOWER CIRCLE,    Henderson, NV 89002-3308
11078141        +PENTRATE METAL PROCESSING,    3517 EAST OLYMPIC BLVD.,    Los Angeles, CA 90023-3976
11078142        +PORTER LAW FIRM, A PROFESSIONAL CORP.,    Acct No xxx5-388,    3311 WOODS BLVD.,
                 Tyler, TX 75707-1657
11078143        +PRAXAIR,    2301 SE CREEKVIEW DR.,    Ankeny, IA 50021-8500
11120778        +Praxair Distribution Inc.,    c/o RMS,    PO Box 19253,    Minneapolis, MN 55419-0253
11078144        +RBC PRECISION PRODUCTS-BREMEN,    225 INDUSTRIAL DR.,    Bremen, IN 46506-2115
11078145        +SIERRA WESTERN,    3765 MAUNA LOA ST.,    Brea, CA 92823-6328
11078147         SUNSTATE EQUIPMENT,    C/O CONSTRUCTION COLLECTION SPECIALISTS,,    P.O.BOX 44500,
                 Phoenix, AZ 85064-4500
11078148        +THE ESTATE OF MELINDA ANN ORR,    Acct No xxx5-388,    C/O PHENIX & CRUMP, PLLC,
                 ATTN: J.R. 'RUSTY' PHENIX,    P.O. BOX 1005,    Henderson, TX 75653-1005
11078149         TOTAL ECLIPSE GROUP, LTD,    FLAT 8 16/F BLOCK A,    34-36AU PUI WAN STREET,
                 FO TAN SHATIN N.T. HONG KONG
11078150        +UNITED STATES TREAASURY (EXCISE TAX),    ALCOHOL AND TOBACCO TAX AND TRADE BUREAU,
                 1500 PENNSYVANIA AVE. N.W.,    Washington, DC 20220-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11078130         E-mail/Text: sbse.cio.bnc.mail@irs.gov May 21 2020 03:27:02      INTERNAL REVENUE SERVICE,
                 P.O. BOX 7346,    Philadelphia, PA 19101-7346
11078135         E-mail/Text: tax-bankruptcy@tax.state.nv.us May 21 2020 03:27:26
                 NEVADA DEPARTMENT OF TAXATION,    Acct No xxxx xx. xx1443,    1550 COLLEGE PARKWAY, SUITE 115,
                 Carson City, NV 89706-7937
11078138        +E-mail/Text: tax-bankruptcy@tax.state.nv.us May 21 2020 03:27:26      NEVADA DEPT. OF TAXATION,
                 BANKRUPTCY SECTION,    555 EAST WASHINGTON AVENUE,    SUITE 1300,    Las Vegas, NV 89101-1046
11078146         E-mail/Text: sanfrancisco.bnc@ssa.gov May 21 2020 03:27:28      SOCIAL SECURITY ADMINISTRATION,
                 OFFICE OF THE REGIONAL CHIEF COUNSEL,    REGION IX,    160 SPEAR STREET, SUITE 800,
                 San Francisco, CA 94105-1545
11078151        +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov May 21 2020 03:27:14      UNITED STATES TRUSTEE,
                 300 LAS VEGAS BLVD., SOUTH #4300,    Las Vegas, NV 89101-5803
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0978-2          User: youngbloo          Page 2 of 2          Date Rcvd: May 20, 2020
                              Form ID: pdf810          Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:

```
          LENARD E. SCHWARTZER    trustee@s-mlaw.com,
           lbenson@s-mlaw.com;jelliott@s-mlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolu
           tions.net
          THOMAS E. CROWE    on behalf of Debtor    JIMENEZ ARMS, INC. tcrowe@thomascrowelaw.com,
           tcrowe@lvcoxmail.com;appstcl@yahoo.com
          U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
                                                                                            TOTAL: 3
```

**LENARD E. SCHWARTZER**
2850 S. Jones Blvd, Ste. 1
Las Vegas, Nevada 89146
(702) 307-2022

TRUSTEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No. BK-S 20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | IN PROCEEDINGS UNDER CHAPTER 7 |
|  | TRUSTEE'S NOTICE OF ASSETS AND NOTICE TO FILE CLAIMS |
| Debtor |  |

    NOTICE IS HEREBY GIVEN, pursuant to Bankruptcy Rule 3002(c)(5), that the Trustee has found assets in this bankruptcy estate from which a payment of a dividend appears possible. Any creditor holding a claim against the above-entitled estate may file a proof of claim in the **Office of the Clerk of the Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101.**

    NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a)(7), to be considered for a dividend in accordance with the Rule, a proof of claim must be filed within ninety (90) days after the date of mailing of this notice. The last date to file claims is **August 18. 2020.**

    NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a), after the expiration of the claims bar date in a Chapter 7 case, all notices required by Fed R. Bank P. 2002(a), except Fed. R. Bank. P. 2002(a)(4), may be mailed only to creditors whose claims have been filed with the Clerk of the Court and to creditors, if any, who are permitted to file claims by reason of an extension granted under Fed. R. Bank. P. 3002(c)(6).

DATED: May 20, 2020

                                                         */s/ Lenard E. Schwartzer*
                                                          Lenard E. Schwartzer, Trustee

**NOTE: CLAIMS ARE TO BE FILED AT THE U.S. BANKRUPTCY COURT,
300 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101
CLAIMS NOT FILED BY THE BAR DATE ARE GENERALLY NOT ALLOWED**

BLANK PAGE

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

## Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

1. **Who is the current creditor?**
   Name of the current creditor (the person or entity to be paid for this claim) _____
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Name _____
   Number  Street _____
   City  State  ZIP Code
   Contact phone _____
   Contact email _____

   Where should payments to the creditor be sent? (if different)
   Name _____
   Number  Street _____
   City  State  ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**  $_____. Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No
☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☐ Yes. Identify the property: _____

Official Form 410                                   Proof of Claim                                   page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

**If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
        First name          Middle name          Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number        Street

        _____
        City                            State    ZIP Code

Contact phone _____    Email _____