NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Philip Bentley, Esq. [*Admission Pending*]
New York Bar No. 1992627
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Email: pbentley@kramerlevin.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re:  )   BK-20-10752-ABL

Jimenez Arms, Inc.  )

)   CHAPTER 7

)   VERIFIED PETITION FOR
)   PERMISSION TO PRACTICE IN THIS
)   CASE ONLY BY ATTORNEY NOT
)   ADMITTED TO THE BAR OF THIS
)   COURT

Debtor.  )

)   **EFFECTIVE JANUARY 1, 2015**
)   **FILING FEE IS $250.00**

 Philip Bentley , Petitioner, respectfully represents to the Court:

1. That Petitioner resides in  New York , New York .

2. That Petitioner is an attorney at law and a member of the law firm of
Kramer Levin Naftalis & Frankel LLP , with offices at
1177 Avenue of the Americas

New York , New York , 10036

3. That Petitioner has been retained personally or as a member of the law firm by

1  Beverly Crawford and Alvino Crawford, individually and as the parents of the decedent
2  Alvino Dwight Crawford
3  to provide legal representation in connection with the above-entitled case now pending before
4  this Court.
5  4. That since __1985_____, Petitioner has been and presently is a member in good
6  standing of the bar of the highest Court of the State of __New York_____ where Petitioner
7  regularly practices law.
   5. That Petitioner was admitted to practice before the following United States District Courts,
8  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
9  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.

| | Date Admitted |
|---|---|
| U.S. Supreme Court | 01/20/2015 |
| U.S. Court of Appeals for the Second Circuit | 10/08/2013 |
| U.S. Court of Appeals for the Third Circuit | 05/05/1999 |
| U.S. District Court for the Southern District of New York | 08/27/1985 |
| U.S. District Court for the Eastern District of New York | 08/27/1985 |
| U.S. District Court for the Eastern District of Michigan | 01/05/1996 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____
_____
_____
_____
_____.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

_____
_____
_____.

2

8. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

New York City Bar Association

American Bankruptcy Institute

______________________________

______________________________.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |

______________________________ (If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 5/13/20

______________________________
Petitioner's Signature

1  STATE OF New York )
2                             )
   COUNTY OF New York )
3
4  PHILIP BENTLEY, Petitioner, being first duly sworn, deposes and says:
   That the foregoing statements are true.
5
6                                                    _____
7                                                    Petitioner's Signature

8  (SEAL)

9  Subscribed and sworn to me before this

10
11  _____13th_____ day of ___May___ / ____, 2020____.

12  _____ Notary public

13
14  Notarized pursuant to
15  N.Y. Executive order 202.8            SANTO ANTHONY CIPOLLA
                                          Notary Public State of New York
16  Notarized in Nassau County                    01CI4899756
                                          Qualified in Nassau County
17  Signed in New York County             Commission Expires July 6, 2021

18
19
20
21
22
23
24
25
26               Print Form      Save Form      Clear Form

                              4

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## Philip Bentley

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on April 15, 1985, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

May 6, 2020

Clerk of the Court

3663