Philip Bentley, Esq. (*Admission Pending*)
New York Bar No. 1992627
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Email: pbentley@kramerlevin.com

*Attorneys for Beverly Crawford and Alvino Crawford, individually and as the parents of the decedent Alvino Dwight Crawford*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re: | Case No. 20-10752-ABL |
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | |

### DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney for Beverly Crawford and Alvino Crawford, individually and as the parents of the decedent Alvino Dwight Crawford, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only."  Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the bests interests of the client to designate Bart K. Larsen, Esq., attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action.  The address of said designated Nevada counsel is:

Bart K. Larsen, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 741-7432
blarsen@shea.law

By this designation the undersigned attorneys and party agree that all documents and papers issued out of this Court in the above-entitled case may be served on the designated local counsel.

Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/ *Philip Bentley, Esq.*
Philip Bentley, Esq.

*Counsel for Beverly Crawford and Alvino Crawford, individually and as the parents of the decedent Alvino Dwight Crawford*

### CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.

### APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned parties appoint Bart K. Larsen, Esq. as their Designated Nevada Counsel in this case.

/s/ *Beverly Crawford*
Beverly Crawford, individually and as a parent of the decedent Alvino Dwight Crawford

/s/ *Alvino Crawford*
Alvino Crawford, individually and as a parent of the decedent Alvino Dwight Crawford

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2020, I electronically transmitted the foregoing DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: /s/ *Bart K. Larsen, Esq.*