NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Priya K. Baranpuria, Esq. [*Admission Pending*]
New York Bar No. 5467444
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Email: pbaranpuria@kramerlevin.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | BK-20-10752-ABL |
| Jimenez Arms, Inc. | |
| | CHAPTER 7 |
| | |
| | VERIFIED PETITION FOR |
| | PERMISSION TO PRACTICE IN THIS |
| | CASE ONLY BY ATTORNEY NOT |
| | ADMITTED TO THE BAR OF THIS |
| | COURT |
| Debtor. | |
| | **EFFECTIVE JANUARY 1, 2015** |
| | **FILING FEE IS $250.00** |

 Priya K. Baranpuria           , Petitioner, respectfully represents to the Court:

1. That Petitioner resides in  Madison            ,  New Jersey              .

2. That Petitioner is an attorney at law and a member of the law firm of
Kramer Levin Naftalis & Frankel LLP         , with offices at _____
1177 Avenue of the Americas_____
_____
New York                    , New York          , 10036_____

3. That Petitioner has been retained personally or as a member of the law firm by

1  Beverly Crawford and Alvino Crawford, individually and as the parents of the decedent
2  Alvino Dwight Crawford
3  to provide legal representation in connection with the above-entitled case now pending before
4  this Court.
5  4. That since  2016              , Petitioner has been and presently is a member in good
6  standing of the bar of the highest Court of the State of  New York              where Petitioner
7  regularly practices law.
   5. That Petitioner was admitted to practice before the following United States District Courts,
8  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
9  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.                                                    Date Admitted
10 U.S. District Court for the Southern District of New York       01/03/2017
11 U.S. District Court for the Eastern District of New York        01/03/2017
   U.S. District Court of New Jersey                               12/01/2015
12 New Jersey                                                      12/01/2015
13

14 6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
15 suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
   administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 proceedings, except as described in detail below:
17 _____
18 _____
19 _____
20 _____
21 _____.

22
   7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
23 of any denied admission):
24 _____
25 _____
26 _____.

8. That Petitioner is a member of good standing in the following Bar Associations:
American Bar Association
American Bankruptcy Institute
_____
_____
_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

Date of Application      Cause      Title of Court/Administrative Body or Arbitrator      Was Application Granted or Denied
_____
_____
_____
_____
_____ (If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 5/13/2020                              _____
                                              Petitioner's Signature

3

STATE OF New Jersey                )
                                   )
COUNTY OF Morris                   )

Priya K. Baranpuria       , Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

____13 day of _____May_____, _____2020_____

___*Liliya Suris Tonkonog*_____ Notary public

On May 13, 2020 before me, Liliya Suris-Tonkonog, , Notary Public in and for Bergen county, Priya K. Baranpuria(signer) appeared before me using communication technology and has/have satisfactorily identified herself as the signer to the above referenced document. I have been able to confirm her identity by having personal knowledge of the individual appearing before me based upon past dealings. I have confirmed that the record before me is the same record in which Priya K. Baranpuria (signer) made a statement or signed. I, or Liliya Suris-Tonkonog who was acting on my behalf, have recorded the notarial act. It will be stored at the offices of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 for a period of ten (10) years following the date of the notarial act pursuant to th requirements of P.L. 2020, c. 26 (A-3903)
₱ 1(f).

LILIYA SURIS TONKONOG
Notary Public, State of New Jersey
NO. 2451000
Qualified in Bergen County
Commission Expires December 2, 2024

4

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Priya K Baranpuria

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 24, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

**May 6, 2020**

Clerk of the Court

3662