NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−20−10752−abl |
| | CHAPTER 7 |
| JIMENEZ ARMS, INC. | |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by PRIYA K. BARANPURIA is **GRANTED**.

Dated: 5/27/20

*/s/ Mary A. Schott/*

Mary A. Schott
Clerk of Court