**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC. | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) CERTIFICATE OF SERVICE |
| Debtor | ) Date: July 23, 2020 |
| | ) Time: 11:00 a.m. |

1. On June 11, 2020, I caused to be served the following documents:

   a. Trustee's Motion for Turnover of Accounting Records

   b. Notice of Hearing Trustee's Motion for Turnover of Accounting Records

2. I served the above-named documents by the following means to the persons as listed below

■ a. **By ECF System:**

PRIYA K. BARANPURIA on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD
pbaranpuria@kramerlevin.com

THOMAS E. CROWE on behalf of Debtor JIMENEZ ARMS, INC.
tcrowe@thomascrowelaw.com, tcrowe@lvcoxmail.com;appstcl@yahoo.com

BART K. LARSEN on behalf of Creditor ALVINO CRAWFORD
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com;support@shea.law

BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com;support@shea.law

LENARD E. SCHWARTZER
trustee@s-mlaw.com, lbenson@s-mlaw.com;jelliott@s-mlaw.com;nv17@ecfcbis.com;
clea11@trustesolutions.net;les@trustesolutions.net

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

■ b. **By United States Mail, Postage fully prepaid:**

PHILIP BENTLEY on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

BART K. LARSON on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD
SHEA LARSEN
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

GARY GENSKE
GENSKE MULDER COMPANY
3187 RED HILL AVE #110
COSTA MESA, CA 92626

SEE ATTACHED MAILING MATRIX

❏ c. **By Personal Service**
  I personal delivered the document(s) to the persons at these address:
 ❏ For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk of other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
 ❏ For a party, delivery was made by handing the document(s) to the party by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
❏ d. **By Direct email (as opposed to through the ECF System)**
  Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax number listed below. No error was reported by fax machine that I used. A copy of the recorded fax transmission is attached

Dated: June 11, 2020

_____
An Employee of LENARD E. SCHWARTZER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 20-10752-abl<br>District of Nevada<br>Las Vegas<br>Thu Jun 11 10:20:55 PDT 2020 | JIMENEZ ARMS, INC.<br>7380 EASTGATE ROAD, SUITE 150<br>HENDERSON, NV 89011-4019 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 |
| 500 E. THIRD ST.<br>Acct No 8800<br>Carson City, NV 89701-4772 | AZURE CREATIVE ENTERPRISES<br>P.O. BOX 1888<br>Claremont, CA 91711-8888 | BILLY RA SOAPE AND LINDA JEAN SOAPE<br>Acct No xxx5-388<br>C/O PHENIX & CRUMP, PLLC<br>ATTN: J.R. 'RUSTY' PHENIX<br>P.O. BOX 1005<br>Henderson, TX 75653-1005 |
| CAL-AMMO, INC.<br>14159 BUSINESS CENTER DR.<br>Moreno Valley, CA 92553-9101 | CARL WAYNE ORR<br>Acct No xxx5-388<br>C/O PHENIX & CRUMP, PLLC<br>ATTN: J.R. 'RUSTY' PHENIX<br>P.O. BOX 1005<br>Henderson, TX 75653-1005 | CENTENNIAL SPRING CO.<br>1777 W. ARROW RTE. UNIT 410<br>Upland, CA 91786-4287 |
| CITY OF KANSAS CITY, MI<br>Acct No xxxx-xxx0829<br>415 EAST 12TH STREET<br>CIRCUIT DIVISION)<br>Kansas City, MO 64106-2706 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 SOUTH GRAND CENTRAL PARKWAY<br>P.O. BOX 551401<br>Las Vegas, NV 89155-1401 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>Las Vegas, NV 89155-1220 |
| COAST CUTTERS CO, INC.<br>105 NORTH 9TH AVE.<br>Upland, CA 91786-5412 | COMPUTED TOOL & DIE<br>2910 E. RICKER WAY<br>Anaheim, CA 92806-2526 | DEPT. OF EMPLOYMENT, TRAINING & REHAB<br>EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>Carson City, NV 89713-0002 |
| ESTATE OF ALVINO DWIGHT CRAWFORD<br>Acct No xxxx-xxx7245<br>SHAMBERG, JOHNSON & BERGMAN<br>ATTN: DAVID R. MORANTZ, ESQ.<br>2600 GRAND BLVD., SUITE 550<br>Kansas City, MO 64108-4627 | EVERYTOWN LAW<br>Acct No xxxx-xxx7245<br>P.O. BOX #4184<br>New York, NY 10163-4184 | FOLAND, WICKENS, ROPER, HOFER &CRAWFORD<br>1200 MAIN, SUITE 2200<br>Kansas City, MO 64105-2159 |
| GENSKE, MULDER COMPANY LLP<br>3187 RED HILL AVE. #110<br>Costa Mesa, CA 92626-3446 | HARSCH INVESTMENTS PROPERTIES - NV, LLC<br>Henderson, NV 89011 | IDCI<br>14733 S. AVALON BLVD.<br>Gardena, CA 90248-2009 |
| INTELLIGENT DESIGN I.T. CONSULTING<br>631 NORTH STEPHANIE STREET #345<br>Henderson, NV 89014-2633 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | JA INDUSTRIES, LLC<br>43 DESERT SUNFLOWER CIRCLE<br>Henderson, NV 89002-3308 |
| JENNISON ENGINEERING, INC.<br>13546 CENTRAL AVE., UNIT E.<br>Chino, CA 91710-5116 | MJO ENTERPRISES<br>38 PHILLIPSBURG<br>Irvine, CA 92620-3264 | NEVADA DEPARTMENT OF MOTOR VEHICLES<br>2621 E. SAHARA AVE.<br>Las Vegas, NV 89104-4136 |
| NEVADA DEPARTMENT OF TAXATION<br>Acct No xxxx xx. xx1443<br>1550 COLLEGE PARKWAY, SUITE 115<br>Carson City, NV 89706-7937 | NEVADA DEPT OF TAXATION<br>Acct No 4325<br>2550 PASEO VERDE PARKWAY, SUITE #180<br>Henderson, NV 89074-7129 | NEVADA DEPT. OF EMPLOYMENT TRAINING AND<br>Acct No 8800<br>2800 E. ST. LOUIS AVE.<br>Las Vegas, NV 89104-4267 |

| | | |
|---|---|---|
| NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 EAST WASHINGTON AVENUE<br>SUITE 1300<br>Las Vegas, NV 89101-1046 | PAUL JIMENEZ JR.<br>43 DESERT SUNFLOWER CIRCLE<br>Henderson, NV 89002-3308 | PAUL JIMENEZ, SR.<br>43 DESERT SUNFLOWER CIRCLE<br>Henderson, NV 89002-3308 |
| PENTRATE METAL PROCESSING<br>3517 EAST OLYMPIC BLVD.<br>Los Angeles, CA 90023-3976 | PORTER LAW FIRM, A PROFESSIONAL CORP.<br>Acct No xxx5-388<br>3311 WOODS BLVD.<br>Tyler, TX 75707-1657 | PRAXAIR<br>2301 SE CREEKVIEW DR.<br>Ankeny, IA 50021-8500 |
| Praxair Distribution Inc.<br>c/o RMS<br>PO Box 19253<br>Minneapolis, MN 55419-0253 | RBC PRECISION PRODUCTS-BREMEN<br>225 INDUSTRIAL DR.<br>Bremen, IN 46506-2115 | SIERRA WESTERN<br>3765 MAUNA LOA ST.<br>Brea, CA 92823-6328 |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE REGIONAL CHIEF COUNSEL<br>REGION IX<br>160 SPEAR STREET, SUITE 800<br>San Francisco, CA 94105-1545 | SUNSTATE EQUIPMENT<br>C/O CONSTRUCTION COLLECTION SPECIALISTS,<br>P.O.BOX 44500<br>Phoenix, AZ 85064-4500 | State of Nevada Department of Taxation<br>555 E. Washington Ave. Ste #1300<br>Las Vegas, NV 89101-1046 |
| THE ESTATE OF MELINDA ANN ORR<br>Acct No xxx5-388<br>C/O PHENIX & CRUMP, PLLC<br>ATTN: J.R. 'RUSTY' PHENIX<br>P.O. BOX 1005<br>Henderson, TX 75653-1005 | TOTAL ECLIPSE GROUP, LTD<br>FLAT 8 16/F BLOCK A<br>34-36AU PUI WAN STREET<br>FO TAN SHATIN N.T. HONG KONG | U.S. TRUSTEE - LV - 7<br>300 LAS VEGAS BOULEVARD, SO.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 |
| UNITED STATES TREAASURY (EXCISE TAX)<br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>1500 PENNSYVANIA AVE. N.W.<br>Washington, DC 20220-0001 | UNITED STATES TRUSTEE<br>300 LAS VEGAS BLVD., SOUTH #4300<br>Las Vegas, NV 89101-5803 | LENARD E. SCHWARTZER<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146-5640 |
| THOMAS E. CROWE<br>2830 S. JONES BLVD. # 3<br>LAS VEGAS, NV 89146-5652 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS T | (u)ALVINO CRAWFORD | (u)BEVERLY CRAWFORD |

End of Label Matrix
Mailable recipients    48
Bypassed recipients     3
Total                  51