**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| | IN CHAPTER 7 PROCEEDINGS |
| JIMENEZ ARMS, INC., | |
| | AMENDED NOTICE OF HEARING TRUSTEE'S MOTION FOR TURNOVER OF ACCOUNTING RECORDS |
| | |
| | Date: July 23, 2020 |
| Debtor | Time: 11:00 a.m. |

TO: GARY B. GENSKE; GENSKE MULDER & COMPANY; DEBTOR, JIMENEZ ARMS, INC.; THOMAS E. CROWE. ESQ. ATTORNEY FOR DEBTOR; CREDITOR AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a TRUSTEE'S MOTION FOR TURNOVER OF ACCOUNTING RECORDS was filed with the above-entitled Court by LENARD E. SCHWARTZER, Chapter7 Trustee. The Motion seeks an order compelling Gary B. Genske and Genske Mulder & Company to turn over all the books, records or other data of Jimenez Arms, Inc., within ten days from the date of service of the notice of entry of this order.

/ / /

/ / /

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> * The court may refuse to allow you to speak at the scheduled hearing; and
> * The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada on July 23, 2020, at the hour of 11:00 a.m.

Dated: June 9, 2020

                                      LENARD E. SCHWARTZER
                                      Trustee