Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Proposed Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | **DECLARATION OF JASON A. IMES SUPPORTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY GENERAL COUNSEL** |

I, Jason A. Imes, declare the following under penalty of perjury:

1. I am an attorney and counselor at law, duly admitted to practice before all Courts of the State of Nevada and before the United States District Court for the District of Nevada.

2. I am an attorney with Schwartzer & McPherson Law Firm (the "S&MLF"). S&MLF maintains offices at 2850 South Jones Blvd., Suite 1, Las Vegas, NV  89146.

3. S&MLF seeks authorization to be retained by Lenard E. Schwartzer, Chapter 7 Trustee herein, as his legal counsel for the purpose of representing him and the bankruptcy estate as more particularly set forth in the Trustee's Application on file herein.

4. A summary of the hourly billing rates for S&MLF is attached hereto as **Exhibit A.**

5. To the best of my knowledge, S&MLF is disinterested within the meaning of Section 101(14) of the Bankruptcy Code because S&MLF, its shareholders, counsel and associates (a) are not creditors, equity security holders, or insiders of the Debtor, (b) are not and were not, within two years before the date of this application, a director, officer, or employee of Debtor as specified in subparagraph (c) of 11 U.S.C. § 101(14), and (c) do not hold an interest materially adverse to the interest of the estate or of any class of creditors or equity holders except as stated herein.

6. Upon information and belief and to the best of my knowledge, neither I, nor any member of S&MLF, represents any interest that is adverse to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee in matters upon which it will be engaged as counsel.

7. Upon information and belief, neither I, nor any member of S&MLF, has any known connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee in matters upon which it will be engaged as counsel for the Trustee in this case, **EXCEPT that Lenard E. Schwartzer is the acting Chapter 7 Panel Trustee for this case, appointed by the Office of the United States Trustee, and Mr. Schwartzer regularly employs S&MLF to represent him in other unrelated bankruptcy cases in which he is the Trustee. Mr. Schwartzer is also a senior partner in S&MLF, but he will not bill as an attorney in this case.**

8. Pursuant to Fed.R.Bankr. P. 2014, this Declaration sets forth, to the best of Applicant's knowledge, S&MLF's connections (if any) with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. The names reviewed to make this determination are set forth in **Exhibit "B."**

9. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid.

10. In this case, time was spent by S&MLF discussing the current issues in this case with the Trustee prior to submission and approval of the employment Application and reviewing the petition and related documents. This pre-Application work was necessary to determine if engagement of counsel by the trustee (and the expense of an employment application) was economically prudent. Once it was determined that it was in the interest of the estate to incur the expense of engaging counsel, this Application was prepared and submitted. This pre-Application work was undertaken for the benefit of the bankruptcy estate and any fees claimed for this period

will still be subject to review and approval by the Court if S&MLF seeks compensation for its services pursuant to 11 U.S.C. §330 and Fed. R. Bankr. P. 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 26, 2020.

/s/ Jason A. Imes
Jason A. Imes

Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

02 - Declaration JAI Employment App SMLF    Page 3 of 5

# EXHIBIT A

## SCHWARTZER & MCPHERSON LAW FIRM
## BILLING RATES AS OF JANUARY 1, 2020

### ATTORNEYS

| | | |
|---|---|---|
| Lenard E. Schwartzer | (LES) | $550 |
| Jeanette E. McPherson | (JEM) | $475 |
| Jason A. Imes | (JAI) | $385 |

### PARALEGALS / LEGAL ASSISTANTS

| | | |
|---|---|---|
| Angela Hosey | (AFH) | $150 |

**EXHIBIT B**

This information is being provided in connection with the Declaration of Jason Imes supporting the *Trustee's Ex Parte Application to Employ General Counsel*. The following names were reviewed to identify any connection or relationship:

Jimenez Arms, Inc. (Debtor)
Creditors listed in Schedules E/F
Parties listed in Schedule G
Parties listed in Statement of Financial Affairs
Parties listed in Amended Statement of Financial Affairs
Parties listed on Mailing Matrix