_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
July 07, 2020

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com
*Proposed Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>JIMENEZ ARMS, INC.,<br><br>Debtor. | Case No. BK-S-20-10752-ABL<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY GENERAL COUNSEL** |
|---|---|

Upon the application of Lenard E. Schwartzer, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, praying for authority to employ and appoint Schwartzer & McPherson Law Firm (the "Firm") as his general counsel herein, and it appearing that no notice of a hearing on said application need be given, and it further appearing that the Firm employs attorneys admitted to practice in the State of Nevada and before the United States District Court for the District of Nevada, and the Court being satisfied that the firm represents no interest adverse to the Trustee or the estate of the debtor in this matter and is disinterested, that its employment is necessary and would be in the best interests of the estate, and good cause appearing,

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** that the Trustee's Application is GRANTED and the Trustee is authorized to employ and appoint Schwartzer & McPherson Law Firm as his general counsel in this matter pursuant to 11 U.S.C. §327(a), which may include services provided prior to this Application, with the payment of fees and reimbursement of expenses subject to review and approval of this Court pursuant to 11 U.S.C. §330 and Fed. R. Bankr. P. 2016.

**IT IS SO ORDERED**.

Prepared by:

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Proposed Counsel for Lenard E. Schwartzer, Trustee*

# # #