Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:         bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>JIMENEZ ARMS, INC.,<br><br>                                                        Debtor. | Case No. BK-S-20-10752-ABL<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY GENERAL COUNSEL** |

NOTICE IS HEREBY GIVEN that an Order Granting Trustee's Ex Parte Application To Employ General Counsel [ECF 44] was entered on July 7, 2020, a copy of which is attached hereto.

Dated this 7th day of July, 2020.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

**CERTIFICATE OF SERVICE**

1. I caused to be served the following document:

    a. Notice of Entry of Order Granting Trustee's Ex Parte Application To Employ General Counsel.

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System (On 07/08/2020):**

PRIYA K. BARANPURIA on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD

pbaranpuria@kramerlevin.com

THOMAS E. CROWE on behalf of Debtor JIMENEZ ARMS, INC.

tcrowe@thomascrowelaw.com, tcrowe@lvcoxmail.com;appstcl@yahoo.com

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER

bkfilings@s-mlaw.com

BART K. LARSEN on behalf of Creditor ALVINO CRAWFORD

BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com;support@shea.law

BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD

BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com;support@shea.law

LENARD E. SCHWARTZER

trustee@s-mlaw.com, lbenson@s-mlaw.com;jelliott@s-mlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net

U.S. TRUSTEE - LV - 7

USTPRegion17.LV.ECF@usdoj.gov

☐ b. **By United States First Class postage fully prepaid:**

☐ c. **By United States Certified Mail postage fully prepaid**:

☐ d. **By Personal Service**

   ☐ I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the

document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    e.    **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    f.    **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    g.    **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    July 8, 2020

Janice Dunnam                                  /s/ Janice Dunnam
(Name of Declarant)                       (Signature of Declarant)

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
July 07, 2020

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com
*Proposed Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>JIMENEZ ARMS, INC.,<br><br>Debtor. | Case No. BK-S-20-10752-ABL<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY GENERAL COUNSEL** |

Upon the application of Lenard E. Schwartzer, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, praying for authority to employ and appoint Schwartzer & McPherson Law Firm (the "Firm") as his general counsel herein, and it appearing that no notice of a hearing on said application need be given, and it further appearing that the Firm employs attorneys admitted to practice in the State of Nevada and before the United States District Court for the District of Nevada, and the Court being satisfied that the firm represents no interest adverse to the Trustee or the estate of the debtor in this matter and is disinterested, that its employment is necessary and would be in the best interests of the estate, and good cause appearing,

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** that the Trustee's Application is GRANTED and the Trustee is authorized to employ and appoint Schwartzer & McPherson Law Firm as his general counsel in this matter pursuant to 11 U.S.C. §327(a), which may include services provided prior to this Application, with the payment of fees and reimbursement of expenses subject to review and approval of this Court pursuant to 11 U.S.C. §330 and Fed. R. Bankr. P. 2016.

**IT IS SO ORDERED**.

Prepared by:

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Proposed Counsel for Lenard E. Schwartzer, Trustee*

### #