**Lenard E. Schwartzer**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022
trustee@s-mlaw.com

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC. | IN PROCEEDINGS UNDER CHAPTER 7 |
| | TRUSTEE'S NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR TURNOVER OF ACCOUNTING RECORDS |
| Debtor | Date: July 23, 2020<br>Time: 11:00 a.m. |

LENARD E. SCHWARTZER, Trustee, hereby withdraws his TRUSTEE'S MOTION FOR TURNOVER OF ACCOUNTING RECORDS. The requested accounting records have been provided to the Trustee.

Date: *July 20, 2020*

_____
Lenard E. Schwartzer, Trustee