James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
            blarsen@shea.law

Philip Bentley, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 1992627
Priya K. Baranpuria, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5467444
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Email: pbentley@kramerlevin.com
            pbaranpuria@kramerlevin.com

*Attorneys for the City of Kansas City, Missouri*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

* * *

| In re: | Case No. 20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

Bart K. Larsen, Esq. of the law firm of SHEA LARSEN and Philip Bentley, Esq. and Priya K. Baranpuria, Esq. of the law firm of KRAMER LEVIN NAFTALIS & FRANKEL LLP, attorneys for the City of Kansas City, Missouri, hereby enter their appearance on the record in the above-captioned bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with

copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002(g), all notices required to be mailed pursuant to Bankruptcy Rule 2002, should be directed to:

Bart K. Larsen, Esq.<br>
SHEA LARSEN<br>
1731 Village Center Circle, Suite 150<br>
Las Vegas, Nevada 89134<br>
(702) 741-7432<br>
blarsen@shea.law

Dated this <u>31st</u> day of July 2020.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Philip Bentley, Esq. (*Admitted Pro Hac Vice*)
Priya K. Baranpuria, Esq. (*Admitted Pro Hac Vice*)
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for the City of Kansas City, Missouri*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I electronically transmitted the foregoing Notice of Appearance and Request for Judicial Notice to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: /s/ *Bart K. Larsen, Esq.*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432