Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Phone:  702- 228-7590 / Fax:  702-892-0122
E-Mail: bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>JIMENEZ ARMS, INC.,<br><br>Debtor. | Case No.  BK-S-20-10752-ABL<br><br>Chapter 7<br><br>**NOTICE OF HEARING REGARDING MOTION TO SELL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS (11 U.S.C. §363)**<br><br>Hearing Date:   September 16, 2020<br>Hearing Time:  9:30 a.m.<br><br>Location:   Foley Federal Building<br>            300 Las Vegas Boulevard South<br>            Las Vegas, Nevada 89101[1] |

**NOTICE IS HEREBY GIVEN** that Lenard E. Schwartzer, Chapter 7 Trustee ("Trustee"),[2] by and through his counsel, Schwartzer & McPherson Law Firm, has filed a Motion To Sell Assets Of The Estate Free And Clear Of Liens (11 U.S.C. §363) (the "Motion").  As set forth in the Motion, the Trustee respectfully requests that the Court enter an order:

1. Authorizing and approving the sale of the Assets (as defined in the Motion) consisting of 340 pistols and 629 pistol frames manufactured by the Debtor pursuant to 11 U.S.C. §363(b)(1) and §363(f)  "as is," "where is," and without warranty, free and clear of liens, encumbrances, and interests, pursuant to the terms set forth with more particularity in the Asset Purchase Agreement (the "Purchase

---

[1] The hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on September 16, 2020 at 9:30 a.m.  However, pursuant to Administrative Order 2020-05, all hearings are currently being heard telephonically. Accordingly, parties wishing to appear and participate at this hearing should call the toll-free conference line identified in the caption at least 5 minutes prior the scheduled hearing time.  More information and instructions on telephonic hearings in this District can be found at the following website:  www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation.  If you intend to participate at this hearing, please continue to regularly check this District's website (www.nvb.uscourts.gov/news-rss/announcements) prior to the hearing for any Administrative Orders or updated instructions relating to the most recent hearing procedures.

Agreement") attached to the Schwartzer Declaration and the Motion as **Exhibit "1,"** for the sum of $12,571.00 or for such higher qualified bid as the Trustee may receive prior to or at the time of the hearing on the Motion;

2. Authorizing the Trustee to execute any documents reasonably necessary to close the sale pursuant to the terms of the Purchase Agreement, and to transfer possession and the estate's interest in the Assets to Buyer and/or its assigns, or such qualified overbidder, subject to compliance with all United States Bureau of Alcohol, Tobacco, Firearms and Explosives requirements for the lawful transfers of firearms;

3. That any liens asserted against the Assets shall attach to the proceeds with payment subject to approval by this Court;

4. Finding that the purchaser is buying the Assets in good faith for purposes of 11 U.S.C. §363(m); and

5. For such further relief as is just and proper.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

[2] All capitalized terms have the meanings ascribed them in the underlying motion.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, email: bkfilings@s-mlaw.com, by facsimile: (702) 892-0122, or by mail: 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on **September 16, 2020 at 9:30 a.m.** However, as set forth above, pursuant to Administrative Order 2020-05, this hearing shall be heard telephonically. Parties wishing to appear and participate at this hearing should call the toll-free conference line identified in the caption at least 5 minutes prior the scheduled hearing time. More information and instructions on telephonic hearings in this District can be found at the following website: www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation.

If you intend to participate at this hearing, please continue to regularly check this District's website (www.nvb.uscourts.gov/news-rss/announcements) prior to the hearing for any Administrative Orders or updated instructions relating to the most recent hearing procedures.

Parties interested in qualifying to overbid should review the entire Motion which provides bidder qualification requirements, deposit deadlines, and related information.

Dated: August 12, 2020.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV  89146
*Counsel for Lenard E. Schwartzer, Trustee*