LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JIMENEZ ARMS, INC.,<br><br>Debtor. | Case No. BK-S 20-10752-ABL<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>DECLARATION OF GARY B. GENSKE IN SUPPORT OF TRUSTEE'S EX-PARTE APPLICATION TO EMPLOY GENSKE, MULDER & COMPANY, LLP, AS SPECIAL ACCOUNTANT<br><br>(No Hearing Required) |

GARY B. GENSKE hereby declares and states as follows:

1. I am a certified public accountant licensed in the State of California.

2. I am a partner with the accounting firm GENSEK, MULDER & COMPANY, LLP

3. GENSEK, MULDER & COMPANY, LLP maintains an office at 3187 Red Hill Avenue #110, Costa Mesa, California 92626.

4. Other than providing pre-petition accounting services to the above-named debtor, neither I nor any partner, associate or employee of GENSEK, MULDER & COMPANY, LLP have any connection with the above-named debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee.

5. I am a disinterested person within the meaning of 11 U.S.C. Section 101(14).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August, 2020, at Costa Mesa, California.

_____
GARY B. GENSKE