```
 1  LENARD E. SCHWARTZER
    2850 S. Jones Blvd., Ste 1
 2  Las Vegas, NV 89146
    (702) 307-2022
 3
    TRUSTEE
 4
 5
 6                  UNITED STATES BANKRUPTCY COURT
 7                       DISTRICT OF NEVADA
 8  In re                      )  Case No. BK-S 20-10752-ABL
                               )
 9  JIMENEZ ARMS, INC.,        )  IN PROCEEDINGS UNDER CHAPTER 7
                               )
10                             )  NOTICE OF ENTRY OF ORDER
                               )
11                             )
                               )
12            Debtor.          )
                               )
13  _____)
```

## NOTICE OF ENTRY OF ORDER

PLEASE TAKE NOTICE that an ORDER AUTHORIZING TRUSTEE TO EMPLOY GENSKE, MULDER & COMPANY, LLP AS SPECIAL ACCOUNTANT was entered by the above-entitled Court on August 17, 2020. A copy of the Order is attached hereto, marked Exhibit 1, and incorporated herein by reference.

DATED: August 18, 2020

_____
Lenard E. Schwartzer
Trustee

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 17, 2020

LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC., | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER AUTHORIZING TRUSTEE TO EMPLOY GENSKE, MULDER & COMPANY, LLP AS SPECIAL ACCOUNTANT |
| Debtor. | (No Hearing Required) |

The Court having read the Ex Parte Application to Employ GENSKE, MULDER & COMPANY, LLP, as Special Accountant, authorizing the Trustee, LENARD E. SCHWARTZER, to employ a special accountant, and good cause appearing therefor,

/ / / / /

/ / / / /

*Exhibit "J"*

1  IT IS HEREBY ORDERED that the Trustee is authorized to employ and retain the services of
2  GENSKE, MULDER & COMPANY, LLP, AS SPECIAL ACCOUNTANT.
3
4  Submitted by
5  /s/ Lenard E. Schwartzer
6  LENARD E. SCHWARTZER
7  Trustee
8
9
10                              ###