LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S 20-10752-ABL |
| | ) |
| JIMENEZ ARMS, INC. | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| | ) APPLICATION FOR COMPENSATION |
| | ) FOR GENSKE, MULDER & COMPANY, |
| | ) LLP |
| | ) |
| Debtor(s) | ) Date:   September 17, 2020 |
| | ) Time:   11:00 a.m. |
| | ) Place:  Foley Bldg., Third Floor |
| | ) |

LENARD E. SCHWARTZER, the duly appointed Chapter 7 Trustee in the above referenced proceeding, applies to the Court for accountant's fees and represents:

1.  This case was commenced by the filing of a Chapter 7 bankruptcy petition on February 10, 2020.

2.  GENSKE, MULDER & COMPANY, LLP (Special Accountant) was retained as accountant for the estate under a general retainer by Order of this Court entered August 17, 2020.

3.  Special Accountant has provided services to the bankruptcy estate for the preparation of the 2019 Federal Tax Return.

4.  The estate owes Accountant $1,960.00 for the preparation of the 2019 tax return.

5.  This fee is reasonable and consistent with fees usually charged for services of this nature.

6.  Applicant has made no previous request for fees for this particular service.

1

7.  Applicant has sufficient funds on hand to pay this administrative expense.

8.  The services provided by Accountant were necessary for the administration of this estate.

LEGAL ARGUMENT

Local Rule 9014(a)(1) provides:

(1) All motions which are required to be set for hearing, whether by statute,

rule, or court order, shall be set so that at least twenty-eight (28) day's notice

of the hearing of the motion is given.

The Trustee in this case determined that it was in the best interest of the estate to file a tax return for the year 2019. Bankruptcy Code §346(a). Employment of an accountant to prepare such tax return was authorized pursuant to Bankruptcy Code §327(a). Notice of the hearing on the Application was given pursuant to Local Rule 9014(a)(1).

CONCLUSION

Applicant prays for an order authorizing him to pay GENSKE, MULDER & COMPANY, LLP $1,960.00 for the preparation of the 2019 Federal Tax Return.

Dated: August 18, 2020

_____
LENARD E. SCHWARTZER, Trustee

**DECLARATION OF TRUSTEE**

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: August 18, 2020

_____
LENARD E. SCHWARTZER, Trustee

2



# GENSKE, MULDER & COMPANY, LLP
## CERTIFIED PUBLIC ACCOUNTANTS

3187 Red Hill Ave #110, Costa Mesa CA 92626
949-650-9580

www.genskemulder.com

JIMENEZ ARMS INC - DIP
LENARD E. SCHWARTZER
2850 SOUTH JONES BLVD, SUITE 1
LAS VEGAS, NV  89146

Client No. 11646

Invoice No. 912126
Invoice Date 06/30/2020

**Current Professional Services:**

Preparation of Federal and State S-Corp income tax returns
Assemble and math proof tax returns
Computer processing of tax returns
Correspondences relating to 2019 tax returns

| | | |
|---|---|---|
| Current Amount Due | $ | 1,960.00 |
| **Prior Balance as of 06/01/2020** | | 0.00 |
| Total Amount Due | $ | 1,960.00 |

*Approved LES 8/3/20*

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,960.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,960.00 |

Please include your client number when making payments.
Thank you for allowing Genske Mulder & Company to continue to serve you.

*Exhibit "1"*