LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC. | IN PROCEEDINGS UNDER CHAPTER 7 |
| | NOTICE OF HEARING APPLICATION FOR COMPENSATION FOR GENSKE, MULDER & COMPANY, LLP |
| Debtor. | Date: September 17, 2020<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

NOTICE IS HEREBY GIVEN that an APPLICATION FOR COMPENSATION FOR GENSKE, MULDER & COMPANY, LLP was filed with the above-entitled Court by LENARD E. SCHWARTZER, Chapter 7 Trustee. The Application seeks to pay GENSKE, MULDER & COMPANY, LLP $1,960.00 for the preparation of a 2009 federal tax return.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

/ / / / /

/ / / / /

/ / / / /

1

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
> • The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Application may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Application will be held before a United States Bankruptcy Judge in the Foley Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada, on September 17, 2020, at the hour of 11:00 a.m.

Dated: August 18, 2020

_____
LENARD E. SCHWARTZER, Trustee