**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

Trustee@s-mlaw.com

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC., | IN PROCEEDINGS UNDER CHAPTER 7 |
| | TRUSTEE'S APPLICATION TO EMPLOY NELLIS AUCTION AS AUCTIONEER, PAY COMMISSION AND EXPENSES, AND MOTION TO SELL PERSONALTY AT PUBLIC AUCTION |
| Debtor | Date: September 17, 2020 |
| | Time: 11:00 a.m. |

The Motion of LENARD E. SCHWARTZER, respectfully alleges:

1. That he is the duly qualified and acting trustee in the above-entitled estate.

2. That among the assets of this estate is property as more particularly described in Exhibit "1", attached hereto and incorporated herein by reference.

3. Trustee believes that the value of the items described in Exhibit "1" is approximately $10,000.00.

4. In order to liquidate said assets for the benefit of the creditors, it will be necessary to sell said property.

5. From his experience as trustee, Trustee is satisfied that the best and highest net recovery to this estate will arise by selling said property at an auction through the employment and services of a licensed auctioneer.

1

6.  The property will be sold online at www.nellisauction.com on September 24, 2020 and may be continued or rescheduled as necessary.

7.  The terms of the sale will be cash or equivalent on the day of sale.

8.  Trustee desires to employ CRET LLC, doing business as NELLIS AUCTION, a licensed auctioneer, to conduct the sale of the asset in exchange for a commission equal to 25% of the gross receipts of the sale.

9.  NELLIS AUCTION will pick up the assets, inventory the assets, and store the assets as part of their commission. Further, NELLIS AUCTION will pay all advertising costs and pay all labor associated with the sale of the asset.

10. NELLIS AUCTION may charge necessary expenses, including pickup and transportation services, not to exceed $1,000.00.

11. Online auction customers will be charged a 10% buyer's premium for all merchandise purchased through the website, which will be added to the customer's bill as a service charge.

12. NELLIS AUCTION is bonded in the amount of $100,000.00, and the bond is on file in the Office of the United States Trustee.

13. The Trustee will file a Report of Sale with this Court after the auction. No further confirmation of sale will be sought.

14. The Trustee does not believe there are any liens against the property, however, if any lien is alleged to be perfected, the Trustee would suggest that said lien be deemed transferred to the net proceeds of the sale.

15. The Trustee is informed and believes, and therefore alleges, that the granting of this Motion is in the best interest of this estate and accordingly that the Court should approve said employment as provided in 11 U.S.C. Section 327(a).

17. The Trustee is informed and believes that said auctioneer is a disinterested person within the meaning of 11 U.S.C. Section 101, does not hold or represent an interest adverse to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, and accordingly that it is appropriate to employ said auctioneer under the provisions of 11 U.S.C. Section 327(a).

1 | 18. The Trustee is informed and believes that said auctioneer is aware of the provisions of 11 U.S.C. Section 328 and has agreed, notwithstanding the terms and conditions of employment herein set forth, that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of developments unanticipatable at the time of the fixing of such terms and conditions.\

## MEMORANDUM OF LAW

### I. Employment of Auctioneer

11 U.S.C. §327(a) states that:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

The Trustee is informed and believes that the Auctioneer is appropriately qualified and is a disinterested person within the meaning of 11 U.S.C. §101(14), and that the auction terms are reasonable and in the best interest of the estate,

### II. Duty of Trustee to Reduce Estate Property to Money

A Chapter 7 trustee's duties are enumerated in 11 U.S.C. § 704, which provides that:

The trustee shall--

> (1) collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest.

11 U.S.C. § 363(b)(1) provides that:

> The trustee, after notice and hearing, may use, sell, or lease, other that in the ordinary course of business, property of the estate,

The Trustee believes that auctioning the property is in the best interest of this estate and is the most expeditious and cost-effective method to liquidate these non-exempt assets,

## CONCLUSION

Based on the foregoing, the Trustee respectfully requests that this Motion be granted and that the Trustee be authorized:

1. To employ NELLIS AUCTION to take possession and auction Debtor's non-exempt property described in Exhibit "1",

2. To sell the property at public online auction free and clear of all liens,

3. To pay NELLIS AUCTION an 25% of the gross receipts of the sale. and expenses up to $1,000.00 after the filing of a report of sale, and to allow NELLIS AUCTION to collect and retain a 10% buyer's premium from purchasers.

Dated: August 11, 2020

_____
LENARD E. SCHWARTZER
Trustee

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: August 11, 2020

_____
LENARD E. SCHWARTZER

4

# EXHIBIT 1
## Assets To Be Sold At Auction

| Qty | Description |
|---|---|
| 16 | Office chairs |
| 5 | Office computers |
| 1 | Computer server |
| 1 | Dell computer 7214NQ1 |
| 1 | Drafting table |
| 8 | Filing cabinets |
| 1 | Gun holster |
| 3 | Microwave |
| 1 | Refrigerator |
| 3 | Bin of miscellaneous office supplies |
| 4 | Commercial warehouse fans |
| 2 | Racking sections |
| 1 | Warehouse lighting- pallet |
| 5 | White folding tables |
| 27 | White folding chairs |
| 8 | Office phones |
| 1 | Glass display cabinet |
| 4 | Utility carts |
| 6 | Flatbed carts |
| 4 | Sections of lockers |
| 3 | Work benches |
| 2 | Office desk with credenza |
| 4 | Printers |
| 1 | L-shaped desk |
| 1 | APC power reserve |
| 1 | Bookshelf |