**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

Trustee@s-mlaw.com

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S 20-10752-ABL |
| | ) |
| JIMENEZ ARMS, INC., | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| | ) DECLARATION OF SPENCER CHUPINSKY IN |
| | ) SUPPORT OF TRUSTEE'S APPLICATION TO |
| | ) EMPLOY NELLIS AUCTION AS AUCTIONEER, |
| | ) PAY COMMISSION AND EXPENSES, AND |
| | ) MOTION TO SELL PERSONALTY AT PUBLIC |
| | ) AUCTION |
| Debtor | ) |
| | ) Date:  September 17, 2020 |
| | ) Time:  11:00 a.m. |

I, SPENCER CHUPINSKY, do hereby declare under penalty of perjury as follows:

1. I am over the age of eighteen, have personal knowledge of the facts in this matter, except where stated upon information and belief, and if called to testify, I could and would testify to the statements set forth herein.

2. I make this declaration in connection with the Chapter 7 TRUSTEE'S APPLICATION TO EMPLOY NELLIS AUCTION AS AUCTIONEER, PAY COMMISSION AND EXPENSES, AND MOTION TO SELL PERSONALTY AT PUBLIC AUCTION (the "Motion") filed concurrently with this Declaration, and if called to testify, I could and would testify to the following statements set

1

forth herein.

3. I am a principal of CRET LLC., dba NELLIS AUCTION, located at 2245 North Nellis Boulevard, Las Vegas, Nevada 89115.

4. NELLIS AUCTION is licensed and bonded in Clark County, Nevada, and presently holds a current resale permit.

5. NELLIS AUCTION holds the required U.S. Trustee bond of $100,000.00 to conduct bankruptcy sales and a $50,000.00 Clark County Administrator bond.

6. NELLIS AUCTION will charge a commission equal to 25% of the gross receipts of the sale, which will include taking inventory of the assets and storing the assets as part of its commission.

7. The sale of the Debtor's personalty will be conducted online at www.nellisauction.com on September 24, 2020 and may be continued or rescheduled as necessary.

8. The payment terms will be cash, Visa, MasterCard and certified funds.

9. Payment of net sale proceeds will be made by Nellis Auction to the Trustee within 10 days of the collection of funds.

10. I am aware of the provisions of 11 U.S.C. Section 328 and agree, notwithstanding the terms and conditions of employment herein, that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of unanticipated developments ay the time of the fixing of such terms and conditions.

/ / / / /

/ / / / /

11. To the best of my knowledge, neither I nor NELLIS AUCTION have any connection with the debtor, creditors, any other part in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States Trustee, and represent no interest adverse to the Trustee of the estate in this matter.

Date: 8/11/2020

SPENCER CHUPINSKY, Principal
CRET LLC SERIES 2012-2, dba Nellis Auction