**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

Trustee@s-mlaw.com

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC., | IN PROCEEDINGS UNDER CHAPTER 7 |
| | NOTICE OF HEARING APPLICATION TO EMPLOY NELLIS AUCTION AS AUCTIONEER, PAY COMMISSION AND EXPENSES, AND MOTION TO SELL PERSONALTY AT PUBLIC AUCTION |
| Debtor | Date: September 17, 2020<br>Time: 11:00 a.m. |

TO: DEBTOR JIMENEZ ARMS, INC.; ATTORNEY FOR DEBTOR THOMAS E. CROWE, ESQ.; CREDITORS and OTHER PARTIES IN INTEREST:

   NOTICE IS HEREBY GIVEN that an APPLICATION TO EMPLOY NELLIS AUCTION AS AUCTIONEER, PAY COMMISSION AND EXPENSES, AND MOTION TO SELL PERSONALTY AT PUBLIC AUCTION  was filed by LENARD E. SCHWARTZER, Chapter 7 Trustee.  The Motion seeks authorization to sell various inventory as more particularly set forth in the Motion on file with the above-entitled Court at a public auction and to employ the services of NELLIS AUCTION, as auctioneer.  The motion further seeks to pay 25% of the gross receipts of said sale to the auctioneer, in addition to any necessary expenses up to $1000.00.  For further particulars, see the motion on file with the Bankruptcy Court.  The auction will be held online at www.nellisauction.com on September 24, 2020 and may be continued or rescheduled as necessary.
.

1

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may refuse to allow you to speak at the scheduled hearing; and
> • The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge in the Foley Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada, on September 17, 2020, at the hour of 11:00 a.m.

Dated: August 11, 2020

_____
LENARD E. SCHWARTZER
Trustee

2