Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:         bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JIMENEZ ARMS, INC.,<br><br>Debtor. | Case No. BK-S-20-10752-ABL<br><br>Chapter 7<br><br>**DECLARATION OF LENARD E. SCHWARTZER SUPPORTING FIRST AND FINAL APPLICATION FOR COMPENSATION FOR SCHWARTZER & McPHERSON LAW FIRM, ATTORNEYS FOR CHAPTER 7 TRUSTEE** |

I, LENARD E. SCHWARTZER, state as follows:

1. I am the Court appointed Chapter 7 trustee of the bankruptcy estate (the "Estate") of Jimenez Arms, Inc.

2. As Trustee, I am familiar with the Estate and the above-captioned Chapter 7 case.

3. I make this declaration in support of the *First and Final Application for Compensation of Schwartzer & McPherson Law Firm, Attorneys' for Chapter 7 Trustee* ("S&MLF Fee Application") filed concurrently with this Declaration.

5. I have reviewed the S&MLF Fee Application and I believe that the fees and expenses requested by Schwartzer & McPherson Law Firm ("S&MLF") pursuant to such application are reasonable and appropriate.

6. I further believe that the services provided by S&MLF (as detailed in the S&MLF Fee Application) were necessary and appropriate, and conferred a substantial benefit to the Estate. As a result, I support the award and allowance of the compensation sought and the reimbursement of expenses set forth in the S&MLF Fee Application.

1     I declare under penalty of perjury under the law of the United States of America that the
2 foregoing to is true and correct.

3     Dated: October 26, 2020.

_____
Lenard E. Schwartzer