1  Jason A. Imes, Esq., NV Bar No. 7030
2  Schwartzer & McPherson Law Firm
   2850 South Jones Blvd., Suite 1
3  Las Vegas NV  89146-5308
   Telephone:     (702) 228-7590
4  Facsimile:     (702) 892-0122
   E-Mail:     bkfilings@s-mlaw.com
5  *Attorneys for Lenard E. Schwartzer, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.  BK-S-20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | **NOTICE OF HEARING REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION FOR SCHWARTZER & McPHERSON LAW FIRM, ATTORNEYS FOR CHAPTER 7 TRUSTEE** |
| | Hearing Date:   December 3, 2020
Hearing Time:   11:00 a.m. |
| | Location:   Foley Federal Building
            300 Las Vegas Boulevard South
            Las Vegas, Nevada 89101[1] |

**NOTICE IS HEREBY GIVEN** that Lenard E. Schwartzer, Chapter 7 Trustee ("Trustee"),[2] by and through his counsel, Schwartzer & McPherson Law Firm, has filed the *First And Final Application For Compensation For Schwartzer & McPherson Law Firm, Attorneys For Chapter 7 Trustee* ("Application").  As set forth in the Application, the Applicant respectfully requests the Court grant approval of Applicant's 32.20 hours of professional services rendered in the amount of $11,487.00, and reimbursement of costs expended in the amount of $321.34, for a

---

[1] The hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada.  However, pursuant to Administrative Order 2020-05, all hearings are currently being heard telephonically. More information and instructions on telephonic hearings in this District can be found at the following website:  www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation.  If you intend to participate at this hearing, please continue to regularly check this District's website (www.nvb.uscourts.gov/news-rss/announcements) prior to the hearing for any Administrative Orders or updated instructions relating to the most recent hearing procedures.

[2] All capitalized terms have the meanings ascribed them in the underlying Application.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

total request for payment in the sum of **$11,808.34** for the period from July 24, 2020 through December 3, 2020 (the "<u>Final Fee Period</u>") as an allowed administrative expense of this estate.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1):  . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, email:  bkfilings@s-mlaw.com, by facsimile: (702) 892-0122, or by mail: 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be heard before a United States Bankruptcy Judge, in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Las Vegas, Nevada on **December 3, 2020** at the hour of **11:00 a.m.**; however, as set forth above, pursuant to Administrative Order 2020-05, all hearings are currently being heard telephonically. More information and instructions on telephonic hearings in this District can be found at the following website:  www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation.

If you intend to participate at this hearing, please continue to regularly check this District's

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

website (www.nvb.uscourts.gov/news-rss/announcements) prior to the hearing for any Administrative Orders or updated instructions relating to the most recent hearing procedures; and it is further

Dated: October 27, 2020.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV  89146
*Counsel for Lenard E. Schwartzer, Trustee*