Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:      (702) 228-7590
Facsimile:       (702) 892-0122
E-Mail:           bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

1. I caused to be served the following document(s):

   a. First And Final Application For Compensation For Schwartzer & McPherson Law Firm, Attorneys For Chapter 7 Trustee ("Application") [ECF 98];

   b. Declaration Of Lenard E. Schwartzer Supporting First And Final Application For Compensation For Schwartzer & McPherson Law Firm, Attorneys For Chapter 7 Trustee ("Declaration") [ECF 99]; and

   c. Notice Of Hearing Regarding First And Final Application For Compensation For Schwartzer & McPherson Law Firm, Attorneys For Chapter 7 Trustee ("NOH") [ECF 100].

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■   a.   **By ECF System (All Documents On 10/27/2020):**

PRIYA K. BARANPURIA on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD

pbaranpuria@kramerlevin.com

THOMAS E. CROWE on behalf of Debtor JIMENEZ ARMS, INC.

tcrowe@thomascrowelaw.com, tcrowe@lvcoxmail.com

COS Re SMLF Fee App                                                                                         - 1 -

1   JASON A. IMES on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
2   bkfilings@s-mlaw.com
3   JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER
4   bkfilings@s-mlaw.com
5   BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD AND ALVINO
6   CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD
7   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
8   BART K. LARSEN on behalf of Creditor THE CITY OF KANSAS CITY, MISSOURI
9   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
10  BART K. LARSEN on behalf of Creditor ALVINO CRAWFORD
11  BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
12  BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD
13  BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
14  LENARD E. SCHWARTZER
15  trustee@s-mlaw.com, lbenson@s-mlaw.com;jelliott@s-
16  mlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net
17  U.S. TRUSTEE - LV - 7
18  USTPRegion17.LV.ECF@usdoj.gov
19  ■   b.  **By United States mail, postage fully prepaid (NOH Only On 10/28/2020):**
20          SEE ATTACHED MATRIX
21  ☐   c.  **By Personal Service:**
22      ☐   I personally delivered the document(s) to the persons at these addresses:
23      ☐   For a party represented by an attorney, delivery was made by handing the
24  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
25  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
26  in the office.
27      ☐   For a party, delivery was made by handing the document(s) to the party or by
28  leaving the document(s) at the person's dwelling house or usual place of abode with someone of

suitable age and discretion residing there.

☐     d.     **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     November 3, 2020.

Janice Dunnam                                  /s/ *Janice Dunnam*
(Name of Declarant)                          (Signature of Declarant)

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 20-10752-abl<br>District of Nevada<br>Las Vegas<br>Fri Oct 23 15:14:57 PDT 2020 | GENSKE, MULDER & COMPANY, LLP<br>3187 RED HILL AVENUE #110<br>COSTA MESA, CA 92626-3446 | JIMENEZ ARMS, INC.<br>7380 EASTGATE ROAD, SUITE 150<br>HENDERSON, NV 89011-4019 |
| NELLIS AUCTION<br>2245 N. NELLIS BLVD<br>LAS VEGAS, NV 89115-5502 | THE CITY OF KANSAS CITY, MISSOURI<br>C/O BART K. LARSEN<br>SHEA LARSEN<br>1731 VILLAGE CENTER CIRCLE, SUITE 150<br>LAS VEGAS, NV 89134-0517 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 |
| 500 E. THIRD ST.<br>Acct No 8800<br>Carson City, NV 89701-4772 | AZURE CREATIVE ENTERPRISES<br>P.O. BOX 1888<br>Claremont, CA 91711-8888 | Alcohol and Tobacco Tax and Trade Bureau<br>Brian Wissman<br>550 Main Street, Suite 8002<br>Cincinnati, OH 45202-5215 |
| Alvino Crawford and Beverly Crawford, indivi<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 | BILLY RA SOAPE AND LINDA JEAN SOAPE<br>Acct No xxx5-388<br>C/O PHENIX & CRUMP, PLLC<br>ATTN: J.R. 'RUSTY' PHENIX<br>P.O. BOX 1005<br>Henderson, TX 75653-1005 | CAL-AMMO, INC.<br>14159 BUSINESS CENTER DR.<br>Moreno Valley, CA 92553-9101 |
| CARL WAYNE ORR<br>Acct No xxx5-388<br>C/O PHENIX & CRUMP, PLLC<br>ATTN: J.R. 'RUSTY' PHENIX<br>P.O. BOX 1005<br>Henderson, TX 75653-1005 | CENTENNIAL SPRING CO.<br>1777 W. ARROW RTE. UNIT 410<br>Upland, CA 91786-4287 | CITY OF KANSAS CITY, MI<br>Acct No xxxx-xxx0829<br>415 EAST 12TH STREET<br>CIRCUIT DIVISION)<br>Kansas City, MO 64106-2706 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 SOUTH GRAND CENTRAL PARKWAY<br>P.O. BOX 551401<br>Las Vegas, NV 89155-1401 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>Las Vegas, NV 89155-1220 | COAST CUTTERS CO, INC.<br>105 NORTH 9TH AVE.<br>Upland, CA 91786-5412 |
| COMPUTED TOOL & DIE<br>2910 E. RICKER WAY<br>Anaheim, CA 92806-2526 | City of Kansas City, Missouri<br>c/o Philip Bentley & Priya Baranpuria<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 | DEPT. OF EMPLOYMENT, TRAINING & REHAB<br>EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>Carson City, NV 89713-0002 |
| ESTATE OF ALVINO DWIGHT CRAWFORD<br>Acct No xxxx-xxx7245<br>SHAMBERG, JOHNSON & BERGMAN<br>ATTN: DAVID R. MORANTZ, ESQ.<br>2600 GRAND BLVD., SUITE 550<br>Kansas City, MO 64108-4627 | EVERYTOWN LAW<br>Acct No xxxx-xxx7245<br>P.O. BOX #4184<br>New York, NY 10163-4184 | FOLAND, WICKENS, ROPER, HOFER &CRAWFORD<br>1200 MAIN, SUITE 2200<br>Kansas City, MO 64105-2159 |
| HARSCH INVESTMENTS PROPERTIES - NV, LLC<br>Henderson, NV 89011 | Harsch Investment Properties-Nevada, LLC<br>1121 SW Salmon<br>Portland, OR 97205-2000 | IDCI<br>14733 S. AVALON BLVD.<br>Gardena, CA 90248-2009 |
| INTELLIGENT DESIGN I.T. CONSULTING<br>631 NORTH STEPHANIE STREET #345<br>Henderson, NV 89014-2633 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | JA INDUSTRIES, LLC<br>43 DESERT SUNFLOWER CIRCLE<br>Henderson, NV 89002-3308 |

| | | |
|---|---|---|
| JENNISON ENGINEERING, INC.<br>13546 CENTRAL AVE., UNIT E.<br>Chino, CA 91710-5116 | MJO ENTERPRISES<br>38 PHILLIPSBURG<br>Irvine, CA 92620-3264 | NEVADA DEPARTMENT OF MOTOR VEHICLES<br>2621 E. SAHARA AVE.<br>Las Vegas, NV 89104-4136 |
| NEVADA DEPARTMENT OF TAXATION<br>Acct No xxxx xx. xx1443<br>1550 COLLEGE PARKWAY, SUITE 115<br>Carson City, NV 89706-7937 | NEVADA DEPT OF TAXATION<br>Acct No 4325<br>2550 PASEO VERDE PARKWAY, SUITE #180<br>Henderson, NV 89074-7129 | NEVADA DEPT. OF EMPLOYMENT TRAINING AND<br>Acct No 8800<br>2800 E. ST. LOUIS AVE.<br>Las Vegas, NV 89104-4267 |
| NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 EAST WASHINGTON AVENUE<br>SUITE 1300<br>Las Vegas, NV 89101-1046 | PAUL JIMENEZ JR.<br>43 DESERT SUNFLOWER CIRCLE<br>Henderson, NV 89002-3308 | PAUL JIMENEZ, SR.<br>43 DESERT SUNFLOWER CIRCLE<br>Henderson, NV 89002-3308 |
| PENTRATE METAL PROCESSING<br>3517 EAST OLYMPIC BLVD.<br>Los Angeles, CA 90023-3976 | PORTER LAW FIRM, A PROFESSIONAL CORP.<br>Acct No xxx5-388<br>3311 WOODS BLVD.<br>Tyler, TX 75707-1657 | PRAXAIR<br>2301 SE CREEKVIEW DR.<br>Ankeny, IA 50021-8500 |
| Praxair Distribution Inc.<br>c/o RMS<br>PO Box 19253<br>Minneapolis, MN 55419-0253 | RBC PRECISION PRODUCTS-BREMEN<br>225 INDUSTRIAL DR.<br>Bremen, IN 46506-2115 | SIERRA WESTERN<br>3765 MAUNA LOA ST.<br>Brea, CA 92823-6328 |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE REGIONAL CHIEF COUNSEL<br>REGION IX<br>160 SPEAR STREET, SUITE 800<br>San Francisco, CA 94105-1545 | SUNSTATE EQUIPMENT<br>C/O CONSTRUCTION COLLECTION SPECIALISTS,<br>P.O.BOX 44500<br>Phoenix, AZ 85064-4500 | State of Nevada Department of Taxation<br>555 E. Washington Ave. Ste #1300<br>Las Vegas, NV 89101-1046 |
| THE ESTATE OF MELINDA ANN ORR<br>Acct No xxx5-388<br>C/O PHENIX & CRUMP, PLLC<br>ATTN: J.R. 'RUSTY' PHENIX<br>P.O. BOX 1005<br>Henderson, TX 75653-1005 | TOTAL ECLIPSE GROUP, LTD<br>FLAT 8 16/F BLOCK A<br>34-36AU PUI WAN STREET<br>FO TAN SHATIN N.T. HONG KONG | U.S. TRUSTEE - LV - 7<br>300 LAS VEGAS BOULEVARD, SO.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 |
| UNITED STATES TREAASURY (EXCISE TAX)<br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>1500 PENNSYVANIA AVE. N.W.<br>Washington, DC 20220-0001 | UNITED STATES TRUSTEE<br>300 LAS VEGAS BLVD., SOUTH #4300<br>Las Vegas, NV 89101-5803 | LENARD E. SCHWARTZER<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146-5640 |
| THOMAS E. CROWE<br>2830 S. JONES BLVD. # 3<br>LAS VEGAS, NV 89146-5652 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS T | (u)HEALTHY TECHNOLOGY SOLUTIONS LLC | (d)GENSKE, MULDER COMPANY LLP<br>3187 RED HILL AVE. #110<br>Costa Mesa, CA 92626-3446 |
| (u)ALVINO CRAWFORD | (u)BEVERLY CRAWFORD | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     5<br>Total                  59 |