LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC., | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor. | TRUSTEE'S REPORT OF SALE |
| | (No Hearing Required) |

The Trustee, LENARD E. SCHWARTZER, reports he has received $2,935.00 from an auction conducted by NELLIS AUCTION pursuant to Order of this Court entered September 21, 2020 [Doc 84]. The items sold and the price received for each item are described in the Settlement Sheet, attached hereto, marked Exhibit "1" and incorporated herein by reference.

Dated: November 17, 2020

LENARD E. SCHWARTZER
Trustee

EXHIBIT "1"

EXHIBIT "1"



**Nellis Auction**
2245 N Nellis Blvd
Las Vegas, NV 89115
(702) 531-1300 FAX
nellisauction.com

Seller Number: 5824
20-10752 Jimenez Arms
Lenard Schwartzer, Trustee
2850 South Jones Blvd, Ste. 1 Las Vegas, NV 89146
Phone 702-307-2022



Statement Date: 10/20/2020
Email: na3@nellisauction.com

### Statement For: #5487 - Bankruptcy Liquidation - DEAN MARTIN LOCATION - CURBSIDE PICKUP

| Lot | Buyer | Description | Internal ID | Quantity | Price | Commission | Net Due |
|---|---|---|---|---|---|---|---|
| 002808 | 139140 - James Brooks | ULTRAHD® 72" TALL 2-DOOR ROLLING STORAGE CABINET, 36" W X 18" D X 72" H GRAY (STAINLESS STEEL) | 1002002808 | 1 | 130.00 | 32.50 | 97.50 |
| 002809 | 139140 - James Brooks | SEVILLE CLASSICS (UHD20247B) ULTRAHD LIGHTED WORKBENCH (48L X 24W X 65.5H INCHES) STAINLESS STEEL NO LIGHTING | 1002002809 | 1 | 130.00 | 32.50 | 97.50 |
| 002810 | 82656 - Jonathan Cox | 8 COMPARTMENT PRESSBOARD CUBBY SECTION NUMBERED 3744 GREY ABILITY TO LOCK WITH PADLOCK 72IN H 48IN W 19IN D CUBBIES ARE 35IN H 105IN W 175IN D | 1002002810 | 1 | 5.00 | 1.25 | 3.75 |
| 002811 | 63717 - agathe verge | SET OF 2 FLATBED DOLLYS. 45IN LONG X 18IN W . HANDLE IS 38IN H. BED IS 8IN H.. ALL CARTS ON 4IN CASTERS PICTURE FOR REFERENCE RACKING NOT INCLUDED | 1002002811 | 1 | 30.00 | 7.50 | 22.50 |
| 002812 | 56740 - Tarbet Jason | SET OF 2 FLATBED DOLLYS. 45IN LONG X 18IN W . HANDLE IS 38IN H. BED IS 8IN H.. ALL CARTS ON 4IN CASTERS PICTURE FOR REFERENCE RACKING NOT INCLUDED | 1002002812 | 1 | 35.00 | 8.75 | 26.25 |
| 002813 | 95351 - Lesley Wilbur | SET OF 2 FLATBED DOLLYS. 45IN LONG X 18IN W . HANDLE IS 38IN H. BED IS 8IN H.. ALL CARTS ON 4IN CASTERS PICTURE FOR REFERENCE RACKING NOT INCLUDED | 1002002813 | 1 | 30.00 | 7.50 | 22.50 |

Exhibit "J"

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 002814 | 62254 - Jennifer Amato | FLATBED DOLLY. 45IN LONG X 18IN W . HANDLE IS 38IN H. BED IS 8IN H.. ALL CARTS ON 4IN CASTERS PICTURE FOR REFERENCE RACKING NOT INCLUDED | 1002002814 | 1 | 25.00 | 6.25 | 18.75 |
| 002815 | 148329 - Richard Conant | SEVILLE CLASSICS (UHD20247B) ULTRAHD LIGHTED WORKBENCH (48L X 24W X 65.5H INCHES) STAINLESS STEEL | 1002002815 | 1 | 110.00 | 27.50 | 82.50 |
| 002816 | 139140 - James Brooks | ULTRAHD® MEGA LOCKABLE STORAGE CABINET, 48" W X 24" D X 72" H, GRANITE GRAY | 1002002816 | 1 | 160.00 | 40.00 | 120.00 |
| 002817 | 139140 - James Brooks | SEVILLE CLASSICS ULTRAHD 6-DRAWER ROLLING CABINET NO KEYS | 1002002817 | 1 | 120.00 | 30.00 | 90.00 |
| 002818 | 82656 - Jonathan Cox | 8 COMPARTMENT PRESSBOARD CUBBY SECTION NUMBERED 29 TO 36 GREY ABILITY TO LOCK WITH PADLOCK 72IN H 48IN W 19IN D CUBBIES ARE 35IN H 105IN W 175IN D | 1002002818 | 1 | 10.00 | 2.50 | 7.50 |
| 002820 | 56740 - Tarbet Jason | 70IN L X 17IN D X 38IN H GLASS AND WHITE DISPLAY CASE SOME DAMAGE AT BOTTOM. TOP GLASS FALLEN IN. NONE BROKEN | 1002002820 | 1 | 30.00 | 7.50 | 22.50 |
| 002821 | 41999 - Matthew Resnick | BROWN 12 CUBBY STORAGE 58IN L X 44IN H X 15.5IN D | 1002002821 | 1 | 25.00 | 6.25 | 18.75 |
| 002822 | 28992 - Kevin Richardson | SET OF 2 CENTRAL MACHINERY 30IN PEDESTAL FANS DIRTY | 1002002822 | 1 | 35.00 | 8.75 | 26.25 |
| 002823 | 30794 - Lisa Leigh | SET OF 2 30IN PEDESTAL FANS BY CENTRAL MACHINERY DIRTY | 1002002823 | 1 | 35.00 | 8.75 | 26.25 |
| 002825 | 148329 - Richard Conant | ULTRAHD® ADJUSTABLE HEIGHT WORKBENCH, 48" L X 24" W, WHITE | 1002002825 | 1 | 120.00 | 30.00 | 90.00 |
| 002826 | 62481 - Antonio Gudiel | KITCHENAID KMCS1016GSS1 21 3/4" COUNTERTOP MICROWAVE OVEN - 1200 WATT | 1002002826 | 1 | 100.00 | 25.00 | 75.00 |
| 002827 | 76172 - Denise White | MAGIC CHEF 3.5 CU. FT. MINI REFRIGERATOR, WHITE DIRTY | 1002002827 | 1 | 40.00 | 10.00 | 30.00 |
| 002828 | 72539 - jason ballard | 8 COMPARTMENT PRESSBOARD CUBBY SECTION NUMBERED 69 TO 76 GREY ABILITY TO LOCK WITH PADLOCK 72IN H 48IN W 19IN D CUBBIES ARE 35IN H 105IN W 175IN D | 1002002828 | 1 | 5.00 | 1.25 | 3.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 002829 | 83278 - Helen Sori | 26.5IN D X 18IN W X 52IN H 4 DRAWER FILE CABINET | 1002002829 | 1 | 10.00 | 2.50 | 7.50 |
| 002830 | 133663 - Kathryn Ruppel | 25IN D X 18IN W X 52IN H 4 DRAWER FILE CABINET | 1002002830 | 1 | 5.00 | 1.25 | 3.75 |
| 002831 | 134636 - Daniel Hashimoto | 2 PACK 26.5IN D X 15IN W X 52IN H 4 DRAWER FILE CABINET MISSING HANDLE ON ONE | 1002002831 | 1 | 10.00 | 2.50 | 7.50 |
| 002832 | 134636 - Daniel Hashimoto | SPORT MESH MIDBACK CHAIR GRAYBLACK | 1002002832 | 1 | 25.00 | 6.25 | 18.75 |
| 002833 | 56740 - Tarbet Jason | SPORT MESH MIDBACK CHAIR GRAYBLACK | 1002002833 | 1 | 25.00 | 6.25 | 18.75 |
| 002834 | 57970 - Mason Webb | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002834 | 1 | 20.00 | 5.00 | 15.00 |
| 002835 | 57970 - Mason Webb | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002835 | 1 | 20.00 | 5.00 | 15.00 |
| 002836 | 57970 - Mason Webb | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002836 | 1 | 20.00 | 5.00 | 15.00 |
| 002837 | 147842 - Cynthia Hollingshed | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002837 | 1 | 25.00 | 6.25 | 18.75 |
| 002838 | 80412 - Cathi Vuckovic | BLACK LEATHER OFFICE CHAIR | 1002002838 | 1 | 25.00 | 6.25 | 18.75 |
| 002839 | 69187 - Reyna Perez | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002839 | 1 | 25.00 | 6.25 | 18.75 |
| 002840 | 56740 - Tarbet Jason | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002840 | 1 | 20.00 | 5.00 | 15.00 |
| 002841 | 56740 - Tarbet Jason | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002841 | 1 | 20.00 | 5.00 | 15.00 |
| 002842 | 147842 - Cynthia Hollingshed | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002842 | 1 | 25.00 | 6.25 | 18.75 |
| 002843 | 121297 - Alex Sosner | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002843 | 1 | 25.00 | 6.25 | 18.75 |
| 002844 | 147842 - Cynthia Hollingshed | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002844 | 1 | 30.00 | 7.50 | 22.50 |
| 002845 | 63717 - agathe verge | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002845 | 1 | 20.00 | 5.00 | 15.00 |
| 002846 | 144532 - Thomas Martin | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002846 | 1 | 30.00 | 7.50 | 22.50 |
| 002847 | 82998 - Colleen Randall | SPORT MESH MID-BACK CHAIR, GRAY/BLACK | 1002002847 | 1 | 25.00 | 6.25 | 18.75 |
| 002848 | 69187 - Reyna Perez | SET OF 2 26.5IN D X 15IN W X 52IN H 4 DRAWER FILING CABINET | 1002002848 | 1 | 20.00 | 5.00 | 15.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 002849 | 117278 - Alex Fakhreddine | MAGIC CHEF REFRIGERATOR MODEL CTB1822VRW00 DIRTY | 1002002849 | 1 | 60.00 | 15.00 | 45.00 |
| 002850 | 76973 - Thomas Rosario | 32IN H X 24IN D X 38IN W DRAFTING TABLE. | 1002002850 | 1 | 40.00 | 10.00 | 30.00 |
| 002851 | 85355 - Trevis Picardo | PALLET OF WAREHOUSE SHOP LIGHTING ALL 4FT FIXTURES 5 2LIGHT FIXTURES AND 12 4 LIGHT FIXTURES WITH BULBS | 1002002851 | 1 | 5.00 | 1.25 | 3.75 |
| 002852 | 148329 - Richard Conant | 75IN H X 47IN W X 18IN D 5 SHELF WIRE SHELVING | 1002002852 | 1 | 45.00 | 11.25 | 33.75 |
| 002853 | 148329 - Richard Conant | SET OF 2 BLACK 26.5IN D X 52IN H X 15IN W 4 DRAWER FILING CABINETS WITH KEYS. ONE DRAWER DAMAGED ON ONE CABINET | 1002002853 | 1 | 20.00 | 5.00 | 15.00 |
| 002854 | 54306 - Paul Matakovich | 52IN H X 26.5IN D X 15IN W 4 DRAWER FILING CABINET TAN ONE DRAWER HANDLE BROKEN | 1002002854 | 1 | 5.00 | 1.25 | 3.75 |
| 002855 | 129730 - Alice Killebrew | 8 FT FOLDING TABLE | 1002002855 | 1 | 45.00 | 11.25 | 33.75 |
| 002856 | 139140 - James Brooks | BESTAR OFFICE FURNITURE U-SHAPED DESK ANTIGUA | 1002002856 | 1 | 225.00 | 56.25 | 168.75 |
| 002857 | 144937 - Joanie Guerrero | BOX LOT TACTICAL ACCESORIES | 1002002857 | 1 | 35.00 | 8.75 | 26.25 |
| 002858 | 144937 - Joanie Guerrero | BOX LOT TACTICAL ACCESORIES | 1002002858 | 1 | 35.00 | 8.75 | 26.25 |
| 002859 | 124670 - Alessandra Andersson | BOX LOT | 1002002859 | 1 | 35.00 | 8.75 | 26.25 |
| 002860 | 90107 - Greg Lenoue | ROYAL CASE COMPANY | 1002002860 | 1 | 10.00 | 2.50 | 7.50 |
| 002862 | 141433 - Nic Shawver | ROYAL CASE COMPANY | 1002002862 | 1 | 10.00 | 2.50 | 7.50 |
| 002863 | 76172 - Denise White | PLASTIC DRAWER | 1002002863 | 1 | 5.00 | 1.25 | 3.75 |
| 002864 | 123211 - Gema Jarak | BESTAR OFFICE FURNITURE U-SHAPED DESK | 1002002864 | 1 | 90.00 | 22.50 | 67.50 |
| 002865 | 138872 - Carolyn Craven | 3 DESK SET. 1 DESK 65IN LONG 2 DESK 60IN LONG. 2 HAVE DRAWERS. COMES WITH SMALL HUTCH | 1002002865 | 1 | 5.00 | 1.25 | 3.75 |
| 002866 | 138370 - Tom Patnode | ASSORTED TOOLS HARDWARE SEALANTS SCREWS. A FAN. WITH TOTES AND LARGE BIN | 1002002866 | 1 | 80.00 | 20.00 | 60.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 002867 | 147126 - Edward Gavin | 6 DESKTOP TOWERS. 2 MONITORS AND 2 KEYBOARS | 1002002867 | 1 | 80.00 | 20.00 | 60.00 |
| 002868 | 17205 - Randy L Earles | 2 DVRS ONE DAMAGED. AND 4 MONITORS. A UTILITY CART MOVING BLANKET AND WIRES | 1002002868 | 1 | 15.00 | 3.75 | 11.25 |
| 002869 | 124576 - Hector Fonseca | APC SMT1500X413 EXTERNAL UPS, BLACK | 1002002869 | 1 | 80.00 | 20.00 | 60.00 |
| 002870 | 116407 - Rod Santee | ORANGE SPECIFIC USE DOLLY | 1002002870 | 1 | 5.00 | 1.25 | 3.75 |
| 212611 | 56740 - Tarbet Jason | RACKS 3'.6" W X 8' L (CART NOT INCLUDED) | 1002212611 | 1 | 80.00 | 20.00 | 60.00 |
| 614144 | 139140 - James Brooks | 8 FT FOLDING TABLE | 1001614144 | 1 | 40.00 | 10.00 | 30.00 |
| 614145 | 143409 - Kevin Haggart | BOX LOT | 1001614145 | 1 | 5.00 | 1.25 | 3.75 |
| 614146 | 76973 - Thomas Rosario | BOX LOT | 1001614146 | 1 | 25.00 | 6.25 | 18.75 |
| 614147 | 55026 - Brian Baron | PAPER CUTTER | 1001614147 | 1 | 20.00 | 5.00 | 15.00 |
| 614149 | 147842 - Cynthia Hollingshed | LIFETIME CHAIRS SET OF 2 | 1001614149 | 1 | 20.00 | 5.00 | 15.00 |
| 614292 | 147842 - Cynthia Hollingshed | LIFETIME CHAIR SET OF 2 | 1001614292 | 1 | 20.00 | 5.00 | 15.00 |
| 614294 | 139140 - James Brooks | LIFETIME CHAIRS SET OF 2 | 1001614294 | 1 | 25.00 | 6.25 | 18.75 |
| 614297 | 44520 - Ruchira muthugala | LIFETIME CHAIRS SET OF 2 | 1001614297 | 1 | 20.00 | 5.00 | 15.00 |
| 614298 | 139140 - James Brooks | LIFETIME CHAIRS SET OF 2 | 1001614298 | 1 | 25.00 | 6.25 | 18.75 |
| 614299 | 148329 - Richard Conant | LIFETIME CHAIRS SET OF 2 | 1001614299 | 1 | 25.00 | 6.25 | 18.75 |
| 614300 | 139140 - James Brooks | LIFETIME CHAIRS SET OF 2 | 1001614300 | 1 | 25.00 | 6.25 | 18.75 |
| 614301 | 143409 - Kevin Haggart | NEXUS WATER DISPENSER | 1001614301 | 1 | 50.00 | 12.50 | 37.50 |
| 614302 | 147129 - Anne Nisce-Zeigler | BOX LOT | 1001614302 | 1 | 10.00 | 2.50 | 7.50 |
| 614303 | 139140 - James Brooks | LIFETIME CHAIR SET OF 2 | 1001614303 | 1 | 25.00 | 6.25 | 18.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 614304 | 148329 - Richard Conant | BOX LOT | 1001614304 | 1 | 25.00 | 6.25 | 18.75 |
| 614305 | 63504 - Annette Egbert | BOX LOT | 1001614305 | 1 | 10.00 | 2.50 | 7.50 |
| 614306 | 86010 - Richard Johnson | BOX LOT | 1001614306 | 1 | 20.00 | 5.00 | 15.00 |
| 614307 | 143409 - Kevin Haggart | BOX LOT | 1001614307 | 1 | 5.00 | 1.25 | 3.75 |
| 614308 | 75630 - Cynthiia Larkins | 5 FT TFOLDING TABLE | 1001614308 | 1 | 10.00 | 2.50 | 7.50 |
| 614309 | 139140 - James Brooks | 8 FT FOLDING TABLE | 1001614309 | 1 | 45.00 | 11.25 | 33.75 |
| 614310 | 139140 - James Brooks | 8 FT FOLDING TABLE | 1001614310 | 1 | 45.00 | 11.25 | 33.75 |
| 614323 | 46287 - Davide Bozza | MICROWAVE | 1001614323 | 1 | 5.00 | 1.25 | 3.75 |
| 614324 | 46287 - Davide Bozza | MICROWAVE | 1001614324 | 1 | 10.00 | 2.50 | 7.50 |

Refunds

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 002862 | 141433 | Refund for 002862 Lost Item (Invoice # 836482) | | - | - | (10.00) | - | - |
| 002869 | 124576 | Refund: U2L - lost (Invoice # 836474) | | - | - | (80.00) | - | - |
| 614147 | 55026 | Refund: CRF lost (Invoice # 836448) | | - | - | (20.00) | - | - |
| 614301 | 143409 | Refund: CRF lost (Invoice # 836483) | | - | - | (50.00) | - | - |
| 614304 | 148329 | Refund for 614304 U2L (Invoice # 836489) | | - | - | (25.00) | - | - |

## Summary of Sales Activity at #5487 - Bankruptcy Liquidation - DEAN MARTIN LOCATION - CURBSIDE PICKUP

Commissions are Calculated on a Percent of the Sale Price of EACH LOT.

Commission Summary:

| Commission Description | Commission Rate | Amount Sold | Comm. Amount |
|---|---|---|---|
| | 25.00% | 2,935.00 | 733.75 |

| Statement Totals | |
|---|---|
| 79 Lots Sold. | |
| Total Sales | $3,120.00 |
| Less: Refunds | $185.00 |

| | |
|---|---|
| Less: Fees | $0.00 |
| Less: Commissions | $780.00 |
| Adjustments: Commission Refunds | $46.25 |
| Total Amount Due | $2,201.25 |

**20-10752 Jimenez Arms**

Note:

No Sales - Trashed
(1) 002819 - 8 COMPARTMENT PRESSBOARD CUBBY SECTION NUMBERED 93 TO 100 GREY ABILITY TO LOCK WITH PADLOCK 72IN H 48IN W 19IN D CUBBIES ARE 35IN H 105IN W 175IN D
(2) 212591 -  DESK (MAJOR DAMAGES TO DRAWERS)

Lost Item(s)
(1) 002869 - APC SMT1500X413 EXTERNAL UPS, BLACK
(2) 002862 - ROYAL CASE COMPANY
(3) 614147 - PAPER CUTTER
(4) 614301 - NEXUS WATER DISPENSER
(5) 614304 - BOX LOT