James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Email:  jshea@shea.law
         blarsen@shea.law

Philip Bentley, Esq. (*Admitted pro hac vice*)
New York Bar No. 1992627
Priya K. Baranpuria, Esq. (*Admitted pro hac vice*)
New York Bar No. 5467444
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Email: pbentley@kramerlevin.com
        pbaranpuria@kramerlevin.com

Alla Lefkowitz, Esq. (*Admission Pending*)
New York Bar No. 4923363
Molly Thomas-Jensen, Esq. (*Admission Pending*)
New York Bar No. 4735148
**EVERYTOWN LAW**
450 Lexington Ave.
P.O Box # 4184
New York, NY 10017
(mailing address)
Phone: (646) 324-8365
Emails: alefkowitz@everytown.org
         mthomasjensen@everytown.org

*Attorneys for Beverly Crawford and Alvino Crawford,
and for the City of Kansas City, Missouri*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| In re: | Case No. 20-10752-ABL |
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |
| | **EFFECTIVE JANUARY 1, 2015 FILING FEE IS $250.00** |

Alla Lefkowitz, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Queens, New York.

2. That Petitioner is an attorney at law and a member of the law firm of Everytown Law. The office mailing address for Everytown Law is 450 Lexington Ave., P.O Box # 4184, New York, NY 10017.

3. That Petitioner has been retained personally or as a member of the law firm by Beverly Crawford and Alvino Crawford, individually and as parents of the decedent Alvino Dwight Crawford, and by the City of Kansas City, Missouri to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 2011 Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| Admission | Date of Admission |
|---|---|
| New York State Bar #4923363 | 2011 |
| District of Columbia State Bar | 2017 (inactive) |
| U.S. District Court for the Southern District of New York | 2014 |
| U.S. District Court for the Eastern District of Wisconsin | 2015 |
| U.S. Court of Appeals for the Second Circuit | 2019 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission): None.

8. That Petitioner is a member of good standing in the following Bar Associations: None.

9. Neither the Petitioner nor any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the clients that the applicant is not admitted to practice in this jurisdiction and that the clients have consented to such representation.

DATED: November 19, 2020

_____
Petitioner's Signature

STATE OF NEW YORK    )
)
COUNTY OF QUEENS    )

Alla Lefkowitz, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this  by live video pursuant to NY Executive Order 202.7

19th day of November, 2020.

_____ Notary public

JAMES EDWARD MILLER
Notary Public, State of New York
Registration #02MI6381318
Qualified In New York County
Commission Expires Oct. 1, 2022



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Alla Lefkowitz

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of March, 2011**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **26th day of May, 2020**.

*Robert D Mayberger*
Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Alla Lefkowitz*

was duly qualified and admitted on November 3, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) INACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 28, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.