James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Email:  jshea@shea.law
            blarsen@shea.law

Philip Bentley, Esq. (*Admitted pro hac vice*)
New York Bar No. 1992627
Priya K. Baranpuria, Esq. (*Admitted pro hac vice*)
New York Bar No. 5467444
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Email: pbentley@kramerlevin.com
            pbaranpuria@kramerlevin.com

Alla Lefkowitz, Esq. (*Admission pending*)
New York Bar No. 4923363
Molly Thomas-Jensen, Esq. (*Admission pending*)
New York Bar No. 4735148
**EVERYTOWN LAW**
450 Lexington Ave.
P.O Box # 4184
New York, NY 10017
(mailing address)
Phone: (646) 324-8365
Emails: alefkowitz@everytown.org
            mthomasjensen@everytown.org

*Attorneys for Beverly Crawford and Alvino Crawford,
and for the City of Kansas City, Missouri*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| In re: | Case No. 20-10752-ABL |
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |
| | **EFFECTIVE JANUARY 1, 2015 FILING FEE IS $250.00** |

Molly Thomas-Jensen, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Brooklyn, New York.

2. That Petitioner is an attorney at law and a member of the law firm of Everytown Law. The office mailing address for Everytown Law is 450 Lexington Ave., P.O. Box # 4184, New York, NY 10017.

3. That Petitioner has been retained personally or as a member of the law firm by Beverly Crawford and Alvino Crawford, individually and as parents of the decedent Alvino Dwight Crawford, and by the City of Kansas City, Missouri to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 2009 Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| Admission | Date of Admission |
| --- | --- |
| New York State Bar # 4735148 | 9/30/2009 |
| U.S. District Court for the Eastern District of New York | 11/5/2010 |
| U.S. District Court for the Southern District of New York | 11/29/2010 |
| U.S. Supreme Court | 6/12/2017 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings: none.

7. That Petitioner has never been denied admission to the State Bar of Nevada: None.

8. That Petitioner is a member of good standing in the following Bar Associations: Association of the Bar of the City of New York.

9. Neither the Petitioner nor any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the clients that the applicant is not admitted to practice in this jurisdiction and that the clients has consented to such representation.

DATED: 19 NOV. 2020

*M Thomas Jend*
Petitioner's Signature

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

Molly Thomas-Jensen, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this   by live video pursuant to NY Executive Order 202.7

___19th___ day of __November__, __2020__.

_____ Notary public

JAMES EDWARD MILLER
Notary Public, State of New York
Registration #02MI6381318
Qualified In New York County
Commission Expires Oct. 1, 2022



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Molly Anne Thomas-Jensen

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **30th day of September, 2009**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **26th day of May, 2020**.



Robert D. Mayberger

Clerk