NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JIMENEZ ARMS, INC.<br><br>Debtor(s) | BK−20−10752−abl<br>CHAPTER 7<br><br>ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by ALLA LEFKOWITZ is **GRANTED**.

Dated: 11/24/20

*/s/ Mary A. Schott*

Mary A. Schott
Clerk of Court