James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Email: jshea@shea.law
blarsen@shea.law

Philip Bentley, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 1992627
Priya K. Baranpuria, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5467444
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Email: pbentley@kramerlevin.com
pbaranpuria@kramerlevin.com

Alla Lefkowitz, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 4923363
Molly Thomas-Jensen, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 4735148
**EVERYTOWN LAW**
450 Lexington Ave.
P.O Box # 4184
New York, NY 10017
(mailing address)
Phone: (646) 324-8226
Email: alefkowitz@everytown.org
mthomasjensen@everytown.org

*Attorneys for Beverly Crawford and Alvino Crawford, and for the City of Kansas City, Missouri*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| In re: | Case No. 20-10752-ABL |
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | |

## **NOTICE OF RULE 2004 EXAMINATION OF GENSKE, MULDER & COMPANY, LLP**

TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL:

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Bankr. P. 2004, Fed. R. Civ. P. 30(b)(6), and the *Order Granting Ex-Parte Motion for an Order Directing Examinations and the Production of Documents Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 97], Beverly Crawford and Alvino Crawford, individually and as the parents of the decedent Alvino Dwight Crawford (the "Crawfords") and the City of Kansas City, Missouri ("Kansas City") (together, "the Examining Creditors"), will take the examination of **GENSKE, MULDER & COMPANY LLP** through one or more officers, directors, agents or other representatives who shall be designated to testify on Genske, Mulder & Company LLP's behalf regarding all information known or reasonably available to Genske, Mulder & Company LLP, with respect to the subjects identified in Schedule A (filed simultaneously with the Notice of Subpoena). The examination will take place at a subsequent date to be mutually agreed but not later than 30 days after the completion of the document production referenced below, before a notary public or other officer authorized by law to administer oaths (the "2004 Exam").

Unless otherwise indicated in a subsequent court filing, the 2004 Examination shall take place remotely via videoconference. Additional information regarding participation in the 2004 Examination via videoconference will be provided upon request.

Notice is further given that the 2004 Examination will be recorded by video and/or stenographic means pursuant to Fed. R. Civ. P. 30. In the event the examination is recorded by means other than written transcription, at the time of introduction and/or filing of such recording, a written transcription of the examination shall be presented to the Court.

NOTICE IS HEREBY GIVEN that **GENSKE, MULDER & COMPANY LLP** is further directed to produce all documents described in Schedule B (filed simultaneously with the subpoena)

KL2 3197291.1

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

at the offices of Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, Nevada 89134, on or before December 21, 2020 at 5 p.m. (Pacific Time).

    Dated this 25th day of November 2020.

**SHEA LARSEN**

/s/ *Bart Larsen, Esq.*
Bart K. Larsen, Esq.
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

**KRAMER LEVIN NAFTALIS &**
    **FRANKEL LLP**
Philip Bentley, Esq. (Admitted *Pro Hac Vice*)
Priya K. Baranpuria, Esq. (Admitted *Pro Hac Vice*)
1177 Avenue of the Americas
New York, New York 10036

**EVERYTOWN LAW**
Alla Lefkowitz, Esq. (Admitted *Pro Hac Vice*)
Molly Thomas-Jensen, Esq. (Admitted *Pro Hac Vice*)
450 Lexington Ave.
P.O Box # 4184
New York, NY 10017
*(mailing address)*

*Attorneys for Beverly Crawford and Alvino Crawford, individually and as the parents of the decedent Alvino Dwight Crawford; and the City of Kansas City, Missouri*

KL2 3197291.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on NOVEMBER 25, 2020, I electronically transmitted the foregoing NOTICE OF 2004 EXAMINATION OF GENSKE, MULDER & COMPANY LLP to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: /s/ *Bart Larsen, Esq.*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

KL2 3197291.1