Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-20-10752-ABL |
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION FOR SCHWARTZER & McPHERSON LAW FIRM, ATTORNEYS FOR CHAPTER 7 TRUSTEE** |

NOTICE IS HEREBY GIVEN that an Order Granting First And Final Application For Compensation For Schwartzer & McPherson Law Firm, Attorneys For Chapter 7 Trustee [ECF 133] was entered on December 7, 2020, a copy of which is attached hereto.

Dated this 11th day of December, 2020.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

**CERTIFICATE OF SERVICE**

1. I caused to be served the following document:

    a. Notice of Entry of Order Granting First And Final Application For Compensation For Schwartzer & McPherson Law Firm, Attorneys For Chapter 7 Trustee.

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System (On 12/14/2020):**

PRIYA K. BARANPURIA on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD
pbaranpuria@kramerlevin.com

THOMAS E. CROWE on behalf of Debtor JIMENEZ ARMS, INC.
tcrowe@thomascrowelaw.com, tcrowe@lvcoxmail.com

JASON A. IMES on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER bkfilings@s-mlaw.com

BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor THE CITY OF KANSAS CITY, MISSOURI
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor ALVINO CRAWFORD
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

LENARD E. SCHWARTZER trustee@s-mlaw.com, lbenson@s-mlaw.com;jelliott@s-mlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

☐ b. **By United States First Class postage fully prepaid:**

1  ☐  c.  **By United States Certified Mail postage fully prepaid**:

2  ☐  d.  **By Personal Service**

3       ☐   I personally delivered the document(s) to the persons at these addresses:

4       ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

       ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

11 ☐  e.  **By direct email (as opposed to through the ECF System)**

       Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

16 ☐  f.  **By fax transmission**

       Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

21 ☐  g.  **By messenger**

       I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    December 14, 2020

Janice Dunnam                              /s/ Janice Dunnam
(Name of Declarant)                        (Signature of Declarant)

*[signature]*

Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
December 07, 2020

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:       bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JIMENEZ ARMS, INC.,<br><br>Debtor. | Case No. BK-S-20-10752-ABL<br><br>Chapter 7<br><br>**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION FOR SCHWARTZER & McPHERSON LAW FIRM, ATTORNEYS FOR CHAPTER 7 TRUSTEE**<br><br>Hearing Date:    December 3, 2020<br>Hearing Time:    11:00 a.m. |

The Trustee's *First and Final Application for Compensation for Schwartzer & McPherson Law Firm, Attorneys for Chapter 7 Trustee* (the "Application") [ECF No. 98] having come before this Court on the 3rd day of December, 2020;  Lenard E. Schwartzer, Chapter 7 Trustee (the "Trustee"), appearing by and through his counsel, Jason A. Imes., Esq., of the Schwartzer & McPherson Law Firm;  the Court finding that notice has been given to all creditors and parties in interest as required by law and that no parties appeared or filed written opposition; having heard the arguments of counsel, the Court having made its findings of fact and conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure

9014(c) and 7052, finding the requested fees and costs are reasonable and appropriate, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Application is GRANTED; and

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §330, Schwartzer & McPherson Law Firm's request for payment of professional fees as Trustee's in the amount of $11,487.00, and reimbursement of costs expended in the amount of $321.34, for a total request for payment in the sum of **$11,808.34** for the period from July 24, 2020 through December 3, 2020, is approved as an allowed and payable Chapter 7 administrative expense of this bankruptcy estate.

Submitted by:

/s/ Jason A. Imes
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Attorneys for Lenard E. Schwartzer, Trustee*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jason A. Imes
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM

\# \# \#