E FILED ON 12/18/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd., # 3
Las Vegas, Nevada 89146
(702) 794-0373
Nevada State Bar no. 3048

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

| | |
|---|---|
| In re: ) | BANKRUPTCY NUMBER: |
| ) | BK-S- 20-10752-ABL |
| ) | CHAPTER 7 |
| JIMENEZ ARMS, INC. ) | |
| ) | |
| Debtor. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD OF JIMENEZ ARMS, INC.**

TO:    ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the THOMAS E. CROWE, ESQ. hereby withdraws as Counsel of record for Jimenez Arms, Inc. in the above-entitled matter.

DATED this 18th day of December, 2020.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION


/s/ THOMAS E. CROWE, ESQ.
THOMAS E. CROWE, ESQ.
State Bar No.   3048
2830 S. Jones Blvd. #3
Las Vegas, NV   89146

###