E FILED ON 12/30/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowe@thomascrowelaw.com
2830 S. Jones Blvd., # 3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor's
Nevada State Bar no. 3048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-20-10752-ABL |
| JIMENEZ ARMS, INC. | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor's. | ) | Date: February 3, 2021 |
| | ) | Time: 9:30 a.m. |

## NOTICE OF HEARING RE:
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO:   TRUSTEE
      ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a MOTION TO WITHDRAW AS COUNSEL OF RECORD was filed on December 30, 2020 by THOMAS E. CROWE, ESQ., attorney for Debtor's. The motion seeks an Order Granting Motion to Withdraw as Counsel of Record. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority,

and be supported by affidavits or declarations that conform to Local Rule 9014(c).

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Bankruptcy Courtroom No. 1 Las Vegas, Nevada 89101 on February 3, 2021, at the hour of 9:30 a.m..

DATED this 30th day of December, 2020.

                                              THOMAS E. CROWE PROFESSIONAL
                                              LAW CORPORATION

                                              By /s/ THOMAS E. CROWE
                                                 THOMAS E. CROWE, ESQ.
                                                 2830 S. Jones Blvd. #3
                                               Las Vegas, NV  89146
                                               Attorney for Debtor

                                                          ###