1  LENARD E. SCHWARTZER
   2850 S. Jones Blvd., Ste 1
2  Las Vegas, NV 89146
   (702) 307-2022
3
   TRUSTEE
4

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | ) | Case No. BK-S 20-10752-ABL |
|---|---|---|
| JIMENEZ ARMS, INC., | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
|  | ) | EX PARTE APPLICATION TO EMPLOY KENNETH A. SELTZER, CPA, AS ACCOUNTANT |
| Debtor. | ) | (No Hearing Required) |

    LENARD E. SCHWARTZER, Trustee herein, makes application to employ accountant, and alleges:

    1. He is the duly appointed and acting Trustee in this case.

    2. That the administration of this case will involve preparation of tax returns, and the employment of an accountant for this action is necessary.

    3. That KENNETH A. SELTZER is a certified public accountant licensed in the State of Nevada and is experienced in the preparation of bankruptcy estate returns.

    4. That KENNETH A. SELTZER maintains an office at 17 Candlewyck Drive, Henderson, Nevada 89052.

    5. That it would be in the best interests of the estate for your Applicant to retain KENNETH A. SELTZER, CPA, as accountant for the estate.

6. That to the best of Applicant's knowledge, KENNETH A. SELTZER represents no interest adverse to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee.

7. That KENNETH A. SELTZER will charge $250.00 per hour for the preparation of each tax return.

8. Applicant routinely employs KENNETH A. SELTZER as his tax accountant in other unrelated cases.

WHEREFORE, your Applicant prays for an order authorizing him to retain KENNETH A. SELTZER, CPA, to prepare estate tax returns as required.

Dated: December 29, 2020

_____
LENARD E. SCHWARTZER
Trustee