LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | ) | Case No. BK-S 20-10752-ABL |
|---|---|---|
| JIMENEZ ARMS, INC., | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | DECLARATION OF KENNETH A. SELTZER IN SUPPORT OF APPLICATION TO EMPLOY ACCOUNTANT |
| Debtor. | ) | (No Hearing Required) |

KENNETH A. SELTZER hereby declares and states as follows:

1. I am a certified public accountant licensed in the State of Nevada.

2. I maintain an office at 17 Candlewyck Drive, Henderson, Nevada 89052.

3. I have no connection with the above-named debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee.

4. I am a disinterested person within the meaning of 11 U.S.C. Section 101(14).

5. I am regularly employed by the Trustee as his tax accountant in other unrelated bankruptcy cases.

/ / / / /

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __29__ day of December, 2020, at Henderson, Nevada.

_____
KENNETH A. SELTZER