Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 14, 2021

LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC., | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER AUTHORIZING TRUSTEE TO EMPLOY KENNETH A. SELTZER, CPA, AS ACCOUNTANT |
| Debtor. | (No Hearing Required) |

The Court having read the Ex Parte Application to Employ KENNETH A. SELTZER, CPA, as Accountant, authorizing the Trustee, LENARD E. SCHWARTZER, to employ an accountant, and good cause appearing therefor,

/ / / / /

/ / / / /

1   IT IS HEREBY ORDERED that the Trustee is authorized to employ and retain the services of
2   KENNETH A. SELTZER, CPA., to prepare estate tax returns as required.

Submitted by

LENARD E. SCHWARTZER
Trustee

###