James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Email:  jshea@shea.law
        blarsen@shea.law

Philip Bentley, Esq. (*Admitted pro hac vice*)
New York Bar No. 1992627
Susan Jacquemot, Esq. (*Admission pending*)
New York Bar No. 2489714
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Email: pbentley@kramerlevin.com
       sjacquemot@kramerlevin.com

Alla Lefkowitz, Esq. (*Admitted pro hac vice*)
New York Bar No. 4923363
Molly Thomas-Jensen, Esq. (*Admitted pro hac vice*)
New York Bar No. 4735148
**EVERYTOWN LAW**
450 Lexington Ave.
P.O Box # 4184
New York, NY 10017
(mailing address)
Phone: (646) 324-8365
Emails: alefkowitz@everytown.org
        mthomasjensen@everytown.org

*Attorneys for Beverly Crawford and Alvino Crawford, and for the City of Kansas City, Missouri*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \*

| In re: | Case No. 20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |
| | **EFFECTIVE JANUARY 1, 2015 FILING FEE IS $250.00** |

Susan Jacquemot, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in New York, New York.

2. That Petitioner is an attorney at law and a member of the law firm of Kramer Levin Naftalis & Frankel. The office mailing address for Kramer Levin Naftalis & Frankel is 1177 6th Avenue, New York, New York 10036.

3. That Petitioner has been retained personally or as a member of the law firm by Beverly Crawford and Alvino Crawford, individually and as parents of the decedent Alvino Dwight Crawford, and by the City of Kansas City, Missouri to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1992 Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following State Courts, United States District Courts and United States Circuit Court of Appeals on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| **Admission** | **Date of Admission** |
|---|---|
| New York State Bar # 2489714 | 9/1/1992 |
| U.S. District Court for the Southern District of New York | 6/8/1993 |
| U.S. Court of Appeals for the Second Circuit | 8/14/2020 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations: Association of the Bar of the City of New York.

9. Petitioner has not filed any application(s) to appear as counsel under Local Rule IA 11-2 in the last three (3) years. However, members of the Petitioner's law firm have filed applications to appear as counsel during the last three (3) years as follows:

**Philip Bentley, Esq.**

| Case Name | Case Number | Date of Application | Granted or Denied |
|---|---|---|---|
| In re Jimenez Arms, Inc. | 20-10752-ABL | May 26, 2020 [ECF No. 23] | Granted |

**Priya K. Baranpuria, Esq.**

| Case Name | Case Number | Date of Application | Granted or Denied |
|---|---|---|---|
| In re Jimenez Arms, Inc. | 20-10752-ABL | May 26, 2020 [ECF No. 25] | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the clients that the applicant is not admitted to practice in this jurisdiction and that the clients has consented to such representation.

DATED: January 13, 2021

_____
Susan Jacquemot

STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK  )

Susan Jacquemot, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Susan Jacquemot

(SEAL)

Subscribed and sworn to me before this

13th day of January, 2021.

_____ Notary public

Michael Feuer
Notary Public, State of New York
NO. 02FE6151238
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires August 14, 20 22

County of Signer: New York
County of Notary: Nassau
Notarized Pursuant to Executive Order 202.7