NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–20–10752–abl |
| JIMENEZ ARMS, INC. | CHAPTER 7 |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by SUSAN JACQUEMOT is **GRANTED**.

Dated: 2/1/21

*Mary A Schott* (signature)

Mary A. Schott
Clerk of Court