

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 01, 2021

Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for International Die Casting, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>JIMENEZ ARMS, INC.,<br><br>Debtor. | Case No. 20-10752-ABL<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION FOR DISCLAIMER OF INTEREST IN NON-ESTATE ASSET**<br><br>Judge: Hon. August B. Landis |

The Court having reviewed and considered the Stipulation for Disclaimer of Interest in Non-Estate Asset [ECF No. 151] filed by International Die Casting, Inc. ("IDC"), by and through counsel, Richard F. Holley, Esq. and Andrea M. Gandara, Esq. of the law firm Holley Driggs, and Chapter 7 Trustee Lenard E. Schwartzer (the "Trustee"), by and through counsel, Jason A. Imes, Esq. of the Schwartzer & McPherson Law Firm, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** in its entirety.

**IT IS FURTHER ORDERED** that the certain steel molds (four to five pallets weighing an estimated 10,000 to 20,000 lbs.) (the "Molds") currently located at IDC's premises, 515 East

14395-01/2548683.docx

Airline Way, Gardena, California 90248 (the "Premises") are hereby disclaimed as an asset of the bankruptcy estate of Debtor Jimenez Arms, Inc. (the "Debtor").

**IT IS SO ORDERED.**

Prepared and submitted by:                    Approved as to form and content:

**HOLLEY DRIGGS**

/s/Andrea M. Gandara                          /s/Jason A. Imes
Richard F. Holley, Esq. (NV Bar No. 3077)     Jason A. Imes, Esq.
Andrea M. Gandara, Esq. (NV Bar No. 12580)    SCHWARTZER & MCPHERSON LAW FIRM
400 South Fourth Street, Third Floor          2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89101                       Las Vegas NV 89146-5308

*Attorneys for International Die Casting, Inc.*    *Attorneys for Lenard E. Schwartzer, Trustee*