E FILED ON 02/02/2021
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowe@thomascrowelaw.com
2830 S. Jones Blvd., Suite 3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor
Nevada State Bar no. 3048

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

| | |
|---|---|
| In re: ) | BANKRUPTCY NUMBER: |
| ) | BK-S-20-10752-ABL |
| JIMENEZ ARMS, INC. ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Date: February 3, 2021 |
| ) | Time: 9:30 a.m. |

**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL
OF RECORD**

PLEASE TAKE NOTICE that the Debtor-In-Possession, by and through its attorney, THOMAS E. CROWE, ESQ., hereby withdraws the Motion to Withdraw as Counsel of Record without prejudice.

DATED this 2nd day of February, 2021.

> THOMAS E. CROWE PROFESSIONAL
> LAW CORPORATION
>   /s/ THOMAS E. CROWE
> THOMAS E. CROWE, ESQ.
> State Bar No. 3048
> 2830 S. Jones Blvd., Ste. 3
> Las Vegas, NV   89146

###
