Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912
*Attorneys for International Die Casting, Inc.*

E-filed on February 2, 2021

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JIMENEZ ARMS, INC.,<br><br>　　　　Debtor. | Case No. 20-10752-abl<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR DISCLAIMER OF INTEREST IN NON-ESTATE ASSET** |

PLEASE TAKE NOTICE of entry of the Order Approving Stipulation for Disclaimer of Interest in Non-Estate Asset ("Order") [ECF No. 153] on February 2, 2021. A copy of said Order is attached hereto.

Dated this 2nd day of February, 2021.

**HOLLEY DRIGGS**

/s/Andrea M. Gandara
Richard F. Holley, Esq. (NV Bar No. 3077)
Andrea M. Gandara, Esq. (NV Bar No. 12580)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for International Die Casting, Inc.*

14395-01/2551621.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs, and that on the 2nd day of February 2021, I caused to be served a true and correct copy of NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR DISCLAIMER OF INTEREST IN NON-ESTATE ASSET in the following manner:

☒ (ELECTRONIC SERVICE Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/Madeline VanHeuvelen
An employee of Holley Driggs

- 2 -

14395-01/2551621.docx

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
February 01, 2021

Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for International Die Casting, Inc.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. 20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION FOR DISCLAIMER OF INTEREST IN NON-ESTATE ASSET** |
| | Judge: Hon. August B. Landis |

The Court having reviewed and considered the Stipulation for Disclaimer of Interest in Non-Estate Asset [ECF No. 151] filed by International Die Casting, Inc. ("IDC"), by and through counsel, Richard F. Holley, Esq. and Andrea M. Gandara, Esq. of the law firm Holley Driggs, and Chapter 7 Trustee Lenard E. Schwartzer (the "Trustee"), by and through counsel, Jason A. Imes, Esq. of the Schwartzer & McPherson Law Firm, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** in its entirety.

**IT IS FURTHER ORDERED** that the certain steel molds (four to five pallets weighing an estimated 10,000 to 20,000 lbs.) (the "Molds") currently located at IDC's premises, 515 East

14395-01/2548683.docx

Airline Way, Gardena, California 90248 (the "Premises") are hereby disclaimed as an asset of the bankruptcy estate of Debtor Jimenez Arms, Inc. (the "Debtor").

**IT IS SO ORDERED.**

| Prepared and submitted by: | Approved as to form and content: |
|---|---|
| **HOLLEY DRIGGS** | |
| /s/Andrea M. Gandara | /s/Jason A. Imes |
| Richard F. Holley, Esq. (NV Bar No. 3077) | Jason A. Imes, Esq. |
| Andrea M. Gandara, Esq. (NV Bar No. 12580) | SCHWARTZER & MCPHERSON LAW FIRM |
| 400 South Fourth Street, Third Floor | 2850 South Jones Blvd., Suite 1 |
| Las Vegas, Nevada 89101 | Las Vegas NV 89146-5308 |
| *Attorneys for International Die Casting, Inc.* | *Attorneys for Lenard E. Schwartzer, Trustee* |

14395-01/2548683.docx