Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:   (702) 228-7590
Facsimile:   (702) 892-0122
E-Mail:      bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | **NOTICE OF ENTRY OF ORDER DENYING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

NOTICE IS HEREBY GIVEN that an Order Denying Motion To Withdraw As Counsel Of Record [ECF 157] was entered on February 4, 2021, a copy of which is attached hereto.

Dated this 5th day of February, 2021.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

**CERTIFICATE OF SERVICE**

1. I caused to be served the following document:

    a. Notice of Entry of Order Denying Motion To Withdraw As Counsel Of Record.

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System (On 02/05/2021):**

PRIYA K. BARANPURIA on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD

pbaranpuria@kramerlevin.com

THOMAS E. CROWE on behalf of Debtor JIMENEZ ARMS, INC.

tcrowe@thomascrowelaw.com, tcrowe@lvcoxmail.com

ANDREA M. GANDARA on behalf of Creditor INTERNATIONAL DIE CASTING, INC.

agandara@nevadafirm.com,

rholley@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;mvanheuvelen@nevadafirm.com

JASON A. IMES on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM

bkfilings@s-mlaw.com

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER

bkfilings@s-mlaw.com

BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD

BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor THE CITY OF KANSAS CITY, MISSOURI

BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor ALVINO CRAWFORD

BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD

BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

1  J SCOTT MACDONALD on behalf of Interested Party PAUL JIMENEZ, SR.

2  scott@jsmaclaw.com

3  J SCOTT MACDONALD on behalf of Witness JA INDUSTRIES, LLC.

4  scott@jsmaclaw.com

5  LENARD E. SCHWARTZER

6  trustee@s-mlaw.com, lbenson@s-mlaw.com;jelliott@s-

7  mlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net

8  U.S. TRUSTEE - LV - 7

9  USTPRegion17.LV.ECF@usdoj.gov

10  ☐   b.   **By United States First Class postage fully prepaid:**

11  ☐   c.   **By United States Certified Mail postage fully prepaid**:

12  ☐   d.   **By Personal Service**

13       ☐   I personally delivered the document(s) to the persons at these addresses:

14       ☐   For a party represented by an attorney, delivery was made by handing the
15  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
16  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
17  in the office.

18       ☐   For a party, delivery was made by handing the document(s) to the party or by
19  leaving the document(s) at the person's dwelling house or usual place of abode with someone of
20  suitable age and discretion residing there.

21  ☐   e.   **By direct email (as opposed to through the ECF System)**

22       Based upon the written agreement to accept service by email or a court order, I
23  caused the document(s) to be sent to the persons at the email addresses listed below. I did not
24  receive, within a reasonable time after the transmission, any electronic message or other indication
25  that the transmission was unsuccessful.

26  ☐   f.   **By fax transmission**

27       Based upon the written agreement of the parties to accept service by fax
28  transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed

below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ g. **By messenger**

  I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: February 5, 2021.

| Janice Dunnam | /s/ Janice Dunnam |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |



Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 04, 2021

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | Chapter 7 |
| Debtor. | **ORDER DENYING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| | Date of Hearing:  February 3, 2021<br>Time of Hearing:  9:30 a.m. |

The *Motion to Withdraw as Counsel of Record* (the "Motion") [ECF No. 138], filed by Thomas E. Crowe, Esq., having come before this Court on the 3rd Day of February, 2021; Lenard E. Schwartzer, Chapter 7 Trustee (the "Trustee"), appearing by and through his counsel, Jason A. Imes, Esq. of Schwartzer & McPherson Law Firm; no other party appearing; the Court having reviewed the Motion, the Trustee's Response [ECF No. 141], and the *Notice of Withdrawal of Motion to Withdraw as Counsel of Record* [ECF No. 154]; the court having heard the argument of counsel at the hearing on the Motion; this Court having made its findings of fact and conclusions of law upon the record, which are hereby incorporated herein pursuant to Fed. R. Bank. P. 7052 and 9014; and good cause appearing,

IT IS HEREBY ORDERED that the Motion is **DENIED** as moot, and Thomas E. Crowe, Esq., shall remain designated as counsel of record for the Debtor, Jimenez Arms, Inc.

Submitted by:

/s/ Jason A. Imes
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
*Counsel for Lenard E. Schwartzer, Trustee*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jason A. Imes
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM

### ###