LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | ) Case No. BK-S 20-10752-ABL |
| | ) |
| JIMENEZ ARMS, INC. | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| | ) DECLARATION OF LENARD E. |
| | ) SCHWARTZER IN SUPPORT OF ENTRY |
| | ) OF ORDER RE TRUSTEE'S INTENT TO |
| | ) ABANDON ALTER EGO CLAIMS |
| | ) AGAINST PAUL JIMENEZ AND HIS |
| Debtor | ) OTHER COMPANIES AND OTHER |
| | ) PERSONS AND/OR ENTITIES |
| | ) |

I, LENARD E. SCHWARTZER, declare under penalty of perjury the following:

1. I am the duly appointed and acting Chapter 7 Trustee for the above-entitled estate.

2. On July 21, 2021, I caused to be filed the NOTICE OF TRUSTEE'S INTENT TO ABANDON ALTER EGO CLAIMS AGAINST PAUL JIMENEZ AND HIS OTHER COMPANIES AND OTHER PERSONS AND/OR ENTITIES (Docket # 163) (the "Notice").

3. Attached hereto are true and correct copies of the Notice (Exhibit '1"), and the Certificate of Service (Docket # 164) (Exhibit "2") for the same.

1

4. As set forth in the Notice, the Trustee intends to abandon the Alter Ego Claims against Paul Jimenez and his other companies and other persons and/or entities.

5. The Notice sets forth the objection deadline of twenty-one calendar days from service of the Notice (July 21, 2021), and the requirement that an objection be filed, set, served, and noticed by that date.

6. No opposition has been timely filed, as reflected on the Docket, and no opposition has been served upon me or communicated to me, and therefore the Order lodged herewith may be entered pursuant to 11 U.S.C. §102(1)(B)(I).

Dated: August 13, 2021

_____
LENARD E. SCHWARTZER, Trustee

2

Exhibit "1"

LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC. | IN PROCEEDINGS UNDER CHAPTER 7 |
| | NOTICE OF TRUSTEE'S INTENT TO ABANDON ALTER EGO CLAIMS AGAINST PAUL JIMENEZ AND HIS OTHER COMPANIES AND OTHER PERSONS AND/OR ENTITIES |
| Debtor | |

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to LR 9014.1, the court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101 or in Reno at the United States Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509, and serve a copy on the movant's attorney and any other appropriate person.

It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

1

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 6007(a) and 11 U.S.C. §554(a), LENARD E. SCHWARTZER, Chapter 7 Trustee ("Trustee"), intends to and will abandon the following described non-exempt asset as inconsequential value and has no benefit to the estate, unless a creditor or other interested party files and serves a written objection pursuant to LR 9014.1, within 21 days from the date of service of this paper on the Trustee and any other appropriate person.

The Trustee intends to abandon the estate's interest in the following asset (the "Asset"):

**Alter Ego Claims against Paul Jimenez and his other companies and other persons and/or entities**

## FACTS

1. On February 3, 2012, Debtor filed its Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code and LENARD E. SCHWARTZER is the duly appointed and acting trustee herein.

2. Assets of the Debtor to be abandoned include the following:

    **Alter Ego Claims against Paul Jimenez and his other companies and other persons and/or entities**

3. There is some evidence that Paul Jimenez, who owned and controlled Jimenez Arms, Inc. (the Debtor), used his control over the Debtor to work a fraud or manifest injustice on the Debtor's creditors, by among other things treating the Debtor's assets as his own, failing to observe corporate formalities, undercapitalizing the Debtor, having the Debtor overpay for parts acquired from Paul Jimenez's dba company and operating the Debtor's business for the purpose of shielding his personal assets from potential creditors, including tort claimants.

4. The Bankruptcy Estate has limited funds, which are insufficient to employ counsel on an hourly basis to pursue this litigation. Creditor's counsel is unwilling to represent the bankruptcy estate on a contingent fee basis because of the large amount of priority claims (in excess of $1 million) will make it very unlikely that his clients could recover anything, even if the estate is successful in holding that Paul Jimenez is the Debtor's alter ego.

2

5.	The Trustee hereby moves this Court for an Order abandoning the foregoing Asset, as he has determined it is of inconsequential value and has no benefit to the estate.

## MEMORANDUM OF POINTS AND AUTHORITIES

Fed. R. Bankr. P. 6007(a) states:

Unless otherwise directed by the court, the trustee or debtor in possession shall give notice of a proposed abandonment or disposition of property to the United States trustee, all creditors, indenture trustees, and committees elected pursuant to § 705 or appointed pursuant to § 1102 of the Code. A party in interest may file and serve an objection within 14 days of the mailing of the notice, or within the time fixed by the court. If a timely objection is made, the court shall set a hearing on notice to the United States trustee and to other entities as the court may direct.

11 U.S.C. Section 554(a) states:

After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

Pursuant to Local Rule 9014.1(a)(4), notices of abandonment pursuant to Fed. R. Bankr.P. 6007(a) may be considered by the court without an actual hearing under the negative notice procedure described in Local Rule 9014.1, if no party requests a hearing.

## CONCLUSION

Based upon the foregoing, the Trustee seeks authority to abandon the Alter Ego Claims against Paul Jimenez and his other companies and other persons and/or entities.

As set forth above, objections to this proposed abandonment that are not timely filed and served may be deemed invalid and/or waived.

DATED: July 21, 2021

_____
LENARD E. SCHWARTZER

3

**DECLARATION OF TRUSTEE**

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: July 21, 2021

_____
LENARD E. SCHWARTZER

1

Exhibit "2"

**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 20-10752-ABL |
| JIMENEZ ARMS, INC. | IN PROCEEDINGS UNDER CHAPTER 7 |
| | CERTIFICATE OF SERVICE |
| Debtor | |

1. On July 21, 2021, I caused to be served the following document:

    a. Notice of Trustee's Intent to Abandon Alter Ego Claims against Paul Jimenez and His Other Companies and Other Persons and/or Entities

2. I served the above-named document by the following means to the persons as listed below

■   a.   **By ECF System:**

PRIYA K. BARANPURIA on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD
pbaranpuria@kramerlevin.com

THOMAS E. CROWE on behalf of Debtor JIMENEZ ARMS, INC.
tcrowe@thomascrowelaw.com, tcrowe@lvcoxmail.com

ANDREA M. GANDARA on behalf of Creditor INTERNATIONAL DIE CASTING, INC.
agandara@nevadafirm.com,
rholley@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;nleatham@nevadafirm.com

JASON A. IMES on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER
bkfilings@s-mlaw.com

BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD AND ALVINO CRAWFORD, AS THE PARENTS OF THE DECEDENT ALVINO DWIGHT CRAWFORD
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor THE CITY OF KANSAS CITY, MISSOURI
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor ALVINO CRAWFORD
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor BEVERLY CRAWFORD
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

J SCOTT MACDONALD on behalf of Interested Party PAUL JIMENEZ,SR.
scott@jsmaclaw.com

J SCOTT MACDONALD on behalf of Witness JA INDUSTRIES, LLC.
scott@jsmaclaw.com

LENARD E. SCHWARTZER
trustee@s-mlaw.com,
lbenson@s-mlaw.com;jelliott@s-mlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

■    b.    **By United States Mail, Postage fully prepaid:**

SEE ATTACHED MAILING MATRIX

❏    c.    **By Personal Service**

I personal delivered the document(s) to the persons at these address:

❏    For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk of other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

❏    For a party, delivery was made by handing the document(s) to the party by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **<u>By Direct email (as opposed to through the ECF System)</u>**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax number listed below. No error was reported by fax machine that I used. A copy of the recorded fax transmission is attached

Dated: July 21, 2021

_____

An Employee of LENARD E. SCHWARTZER

ALCOHOL AND TOBACCO TAX AND TRADE
BUREAU
BRIAN WEISMAN
550 MAIN STREET, SUITE 8002
CINCINNATI, OH 45205

ALLA LEFKOWITZ
450 LEXINGTON AVE
PO BOX 4184
NEW YORK NY 10017

ALVINO CRAWFORD AND BEVERLY
CRAWFORD
1177 AVENUE OF THE AMERICAS
NEW YOUR, NY 10036

Azure Creative Enterprises
PO Box 1888
Claremont, CA 91711

Bart K. Larson
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134

Billy Ra & Linda Jean Soape
C/o Phenix & Crump, PLLC
Attn J.R. "Rusty " Phenix
PO Box 1005
Henderson, TX 75653-1005

Cal-Ammo, Inc.
14159 Business Center Drive
Moreno Valley. CA 92553-9101

Carl Wayne Orr
Acct No xxx5-388
c/o Phenix & Crump, PLLC
Attn J.R. "Rusty" Phenix
PO Box 1005
Henderson, TX 75653

Centennial Spring Co
1777 W. Arrow Rte. Unit 410
Upland, CA 91786

City of Kansas City, MI
Account 0829
415 East 12th Street
(Circuit Division)
Kansas City, MO 64106

CITY OF KANSAS CITY, MISSOURI
C/O PHILIP BENTLEY & PRIYA BARANPURIA
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

Clark County Assessor
c/o Bankruptcy Clerk
500 South Grand Central Parkway
PO Box 551401
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 South Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155

COAST CUTTERS CO, INC.
105 NORTH 9TH AVE.
Upland, CA 91786-5412

COMPUTED TOOL & DIE
2910 E. RICKER WAY
Anaheim, CA 92806-2526

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
Carson City, NV 89713-0002

Estate of Alvino Dwight Crawford
Acct 7245
Shamberg, Johnson & Bergman
Attn David Morantz Esq.
2600 Grand Blvd., Ste 550
Kansas City, MO 64108

EVERYTOWN LAW
Acct No xxxx-xxx7245
P.O. BOX #4184
New York, NY 10163-4184

FOLAND, WICKENS, ROPER, HOFER &
CRAWFORD
1200 MAIN, SUITE 2200
Kansas City, MO 64105-2159

Gary Genske
Genske Mulder & Co.
3187 Red Hill Ave, Ste 110
Costa Mesa, CA 92626-3446

Harsch Investments Properties
7330 Eastgate Road, Ste 150
Henderson, NV 89011

IDCI
14733 S. AVALON BLVD.
Gardena, CA 90248-2009

INTELLIGENT DESIGN I.T. CONSULTING
631 NORTH STEPHANIE STREET #345
Henderson, NV 89014-2633

INTERNAL REVENUE SERVICE
P.O. BOX 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101

JA INDUSTRIES, LLC
43 DESERT SUNFLOWER CIRCLE
Henderson, NV 89002-3308

JENNISON ENGINEERING, INC.
13546 CENTRAL AVE., UNIT E.
Chino, CA 91710-5116

JIMENEZ ARMS, INC.
7380 EASTGATE ROAD, SUITE 150
HENDERSON, NV 89011-4019

MJO ENTERPRISES
38 PHILLIPSBURG
Irvine, CA 92620-3264

MOLLY THOMAS--JENSEN
450 LEXINGTON AVE.
PO BOX 4184
NEW YORK, NY 10017

| | | |
|---|---|---|
| NEVADA DEPARTMENT OF MOTOR VEHICLES<br>2621 E. SAHARA AVE.<br>Las Vegas, NV 89104-4136 | NEVADA DEPARTMENT OF TAXATION<br>Acct No xxxx xx. xx1443<br>1550 COLLEGE PARKWAY, SUITE 115<br>Carson City, NV 89706-7937 | NEVADA DEPT OF TAXATION<br>Acct No 4325<br>2550 PASEO VERDE PARKWAY, SUITE #180<br>Henderson, NV 89074-7129 |
| NEVADA DEPT. OF EMPLOYMENT TRAINING AND<br>Acct No 8800<br>2800 E. ST. LOUIS AVE.<br>Las Vegas, NV 89104-4267 | NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 EAST WASHINGTON AVENUE<br>SUITE 1300<br>Las Vegas, NV 89101-1046 | PAUL JIMENEZ, SR.<br>43 DESERT SUNFLOWER CIRCLE<br>HENDERSON, NV 89002-3308 |
| PENTRATE METAL PROCESSING<br>3517 EAST OLYMPIC BLVD.<br>Los Angeles, CA 90023-3976 | Philip Bentley<br>Kramer Levin Naftalis & Frankel, LLP<br>117 Avenue of the Americas<br>New York, NY 10036 | PORTER LAW FIRM, A PROFESSIONAL CORP.<br>Acct No xxx5-388<br>3311 WOODS BLVD.<br>Tyler, TX 75707-1657 |
| PRAXAIR<br>2301 SE CREEKVIEW DR.<br>Ankeny, IA 50021-8500 | Praxair Distribution Inc.<br>c/o RMS<br>PO Box 19253<br>Minneapolis, MN 55419-0253 | RBC PRECISION PRODUCTS-BREMEN<br>225 INDUSTRIAL DR.<br>Bremen, IN 46506-2115 |
| SIERRA WESTERN<br>3765 MAUNA LOA ST.<br>Brea, CA 92823-6328 | Social Security Administration<br>Office of the Regional Chief Counsel Region IX<br>160 Spear Street, Suite 800<br>San Francisco, CA 94105 | State of Nevada<br>Dept of Taxation<br>555 E. Washington Ave<br>Ste 1300<br>Las Vegas, NV 89101 |
| Sunstate Equipment<br>c/o Construction Collection Specialties<br>PO Box 44500<br>Phoenix AZ 85064 | The City of Kansas City, Missouri<br>c/o Bart K Larsen, Shea Larsen<br>1731 Village Center Cir, Suite 150<br>Las Vegas, NV 89134-0517 | The Estate of Melinda Ann Orr<br>Acct No xxx5-388<br>c/o Phenix & Crump, PLLC<br>Attn J. R. "Rusty" Phenix<br>PO Box 1005<br>Henderson, TX 75653 |
| Total Eclipse Group, LTD<br>Flat 8 16/F Block A<br>34-36AU Pui Wan Street<br>Fo Tan Shatin N.T., Hong Kong | US Deptartment of Labor<br>Acct No 8800<br>500 E Third Street<br>Carson City, NV 89701 | US Treasury (Excise Tax)<br>Alcohol and Tobacco Tax and Trade Buread<br>155 Pennsylvania Ave, NW<br>Washington DC 20220 |