```
 1  LENARD E. SCHWARTZER
    2850 S. Jones Blvd., Ste 1
 2  Las Vegas, NV 89146
    (702) 307-2022
 3
    TRUSTEE
 4
 5
 6
 7
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | ) | Case No. BK-S 20-10752-ABL |
|---|---|---|
| JIMENEZ ARMS, INC., | ) ) | IN PROCEEDINGS UNDER CHAPTER 7 |
|  | ) ) | AMENDED NOTICE OF ENTRY OF ORDER |
|  | ) ) |  |
| Debtor. | ) ) |  |
| _____ | ) |  |

### AMENDED NOTICE OF ENTRY OF ORDER

PLEASE TAKE NOTICE that an ORDER AUTHORIZING COMPENSATION FOR KENNETH A. SELTZER, CPA was entered by the above-entitled Court on August 16, 2021. A copy of the Order is attached hereto, marked Exhibit 1, and incorporated herein by reference.

DATED:   August 19, 2021

_____
Lenard E. Schwartzer
Trustee

*Honorable August B. Landis*
United States Bankruptcy Judge

Entered on Docket
August 16, 2021

LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

JIMENEZ ARMS, INC.,

Debtor.

Case No. BK-S 20-10752-ABL

IN PROCEEDINGS UNDER CHAPTER 7

ORDER AUTHORIZING COMPENSATION
FOR KENNETH A. SELTZER, CPA

(No Hearing Required)

The Court having read the Ex Parte Application for Compensation for KENNETH A. SELTZER, CPA, and good cause appearing therefor,

/ / / / /

/ / / / /

Exhibit 1

1  IT IS HEREBY ORDERED that the Trustee is authorized to pay $500.00 to KENNETH A.
2  SELTZER, CPA, for preparation of the estate FINAL tax return for the year 2021.
3
4  Submitted by
5  /s/ signature
6  LENARD E. SCHWARTZER
   Trustee
7
8
9
10
11                                                ###
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28