UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                    §    Case No. 20-10752-ABL
                                          §
JIMENEZ ARMS, INC.                        §
                                          §
                                          §
                                          §
                Debtor                    §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>02/10/2020</u>. The undersigned trustee was appointed on <u>02/10/2020</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $34,127.79

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $16,574.79 |
   | Bank service fees | $389.99 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $17,163.01 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 08/18/2020 and the deadline for filing government claims was 08/09/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,162.78.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,162.78, for a total compensation of $4,162.78[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $700.60, for total expenses of $700.60.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/25/2021                                    By:    /s/ Lenard E. Schwartzer
                                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit A

| Case No.: | 20-10752-ABL | Trustee Name: | Lenard E. Schwartzer |
| --- | --- | --- | --- |
| Case Name: | JIMENEZ ARMS, INC. | Date Filed (f) or Converted (c): | 02/10/2020 (f) |
| For the Period Ending: | 8/25/2021 | §341(a) Meeting Date: | 03/18/2020 |
|  |  | Claims Bar Date: | 08/18/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Accounts Receivable | $19,576.50 | $25,000.00 | | $18,621.79 | FA |
| 2 | Bank of America Checking #6981 | $4,183.89 | $4,183.89 | | $0.00 | FA |
| 3 | Bank of America Checking #8849 | $284.99 | $284.99 | | $0.00 | FA |
| 4 | Bank of America Savings #8852 | $153.41 | $163.41 | | $0.00 | FA |
| 5 | Office Equipment | $9,389.41 | $2,935.00 | | $2,935.00 | FA |
| Asset Notes: | 9/21/20 Order entered granting mtn to employ Nellis Auction and sell assets at auction; 12/18/20 filed report of sale [Doc 103] | | | | | |
| 6 | Rental of Warehouse at 7390 Eastgate Rd, Henderson | Unknown | $0.00 | | $0.00 | FA |
| 7 | Cash on Hand | $100.00 | $100.00 | | $0.00 | FA |
| 8 | Gun Parts (u) | $0.00 | $12,571.00 | | $12,571.00 | FA |
| Asset Notes: | 9/17/20 order entered granting mtn to sell free and clear 10/2/20 filed report of sale | | | | | |
| 9 | Preferences (u) | $0.00 | $50,000.00 | | $0.00 | FA |
| Asset Notes: | Preferences against Paul Jimenez, his family and his affiliates. Insufficient evidence to pursue | | | | | |
| 10 | Alter Ego Claims against Paul Jimenez, and His Other Companies and Other Persons and/or Entities (u) | $0.00 | $50,000.00 | OA | $0.00 | FA |
| Asset Notes: | Order entered 8/18/21 abandoning alter ego claims | | | | | |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- | --- |
| | $33,688.20 | $145,238.29 | | $34,127.79 | $0.00 |

**Major Activities affecting case closing:**
08/24/2021    REPORT OF DISTRIBUTION

| Initial Projected Date Of Final Report (TFR): | 02/28/2022 | Current Projected Date Of Final Report (TFR): | 11/30/2021 | /s/ LENARD E. SCHWARTZER |
| --- | --- | --- | --- | --- |
| | | | | LENARD E. SCHWARTZER |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-10752-ABL | | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | | | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/10/2020 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2020 | (1) | jJIMENEZ ARMS INC | A/R | 1121-000 | $14,695.79 | | $14,695.79 |
| 03/17/2020 | (1) | RGW SPORTS INC | A/R | 1121-000 | $570.00 | | $15,265.79 |
| 06/19/2020 | (1) | Shining Star Investments | a/r | 1121-000 | $3,356.00 | | $18,621.79 |
| 07/21/2020 | 101 | HEALTHY TECHNOLOGY SOLUTIONS LLC | RECOVERY OF DEBTOR'S COMPUTER DATA PER ORDER ENTERED 9/21/20 [DOC 86] | 3991-000 | | $1,063.75 | $17,558.04 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.18 | $17,517.86 |
| 09/21/2020 | 102 | GENSKE, MULDER & COMPANY, LLP | CLIENT NO. 11646; SPECIAL ACCOUNTANT FEES FOR PREPARATION OF 2019 TAX RETURN; PER ORDER ENTRED 9/21/20 [DOC 85] | 3410-580 | | $1,960.00 | $15,557.86 |
| 09/22/2020 | | Transfer From: #*******0752 | Transfer from Trust Account to General Account | 9999-000 | $12,571.00 | | $28,128.86 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $41.09 | $28,087.77 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.96 | $28,046.81 |
| 11/05/2020 | (5) | NELLIS AUCTION | Sale of office equipment at auction per order entered 9/21/20 [Doc 84] | 1129-000 | $2,935.00 | | $30,981.81 |
| 11/16/2020 | 103 | NELLIS AUCTION | AUCTIONEER FEES PER ORDER ENTERED 9/21/20 [DOC 84] | 3610-000 | | $733.75 | $30,248.06 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $44.72 | $30,203.34 |
| 12/07/2020 | 104 | Schwartzer & McPherson Law Firm | Attorney Fees and Expenses per Order entered 12/7/20 [Doc 133] | * | | $11,808.34 | $18,395.00 |
| | | | Schwartzer & McPherson Law Firm     $(11,487.00) | 3110-000 | | | $18,395.00 |
| | | | Schwartzer & McPherson Law Firm     $(321.34) | 3120-000 | | | $18,395.00 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.24 | $18,354.76 |
| 01/13/2021 | 105 | INTERNATIONAL SURETIES, LTD. | VOID - DURING DISTRIBUTION OF PAYMENTS FOR BOND PREMIUMS, CHECK POSTED IN ERROR; Bond Payment | 2300-003 | | $8.95 | $18,345.81 |
| 01/13/2021 | 105 | VOID: INTERNATIONAL SURETIES, LTD. | VOID - DURING DISTRIBUTION OF PAYMENTS FOR BOND PREMIUMS, CHECK POSTED IN ERROR; Void of Check# 105 | 2300-003 | | ($8.95) | $18,354.76 |

| | | | | SUBTOTALS | $34,127.79 | $15,773.03 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-10752-ABL | | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | | | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/10/2020 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/13/2021 | 106 | INTERNATIONAL SURETIES, LTD. | VOID - DURING DISTRIBUTION OF PAYMENTS FOR BOND PREMIUMS, CHECK POSTED IN ERROR; Bond Payment | 2300-003 | | $8.95 | $18,345.81 |
| 01/13/2021 | 106 | VOID: INTERNATIONAL SURETIES, LTD. | VOID - DURING DISTRIBUTION OF PAYMENTS FOR BOND PREMIUMS, CHECK POSTED IN ERROR; Void of Check# 106 | 2300-003 | | ($8.95) | $18,354.76 |
| 01/13/2021 | 107 | INTERNATIONAL SURETIES, LTD. | Bond #016048576 | 2300-000 | | $8.95 | $18,345.81 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $26.76 | $18,319.05 |
| 02/24/2021 | 108 | KENNETH A. SELTZER, CPA | ACCOUNTANT FEES PER ORDER ENTERED 2/24/21 [DOC 160] | 3410-000 | | $500.00 | $17,819.05 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $26.71 | $17,792.34 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.94 | $17,766.40 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.90 | $17,740.50 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.87 | $17,714.63 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.83 | $17,688.80 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.79 | $17,663.01 |
| 08/16/2021 | 109 | KENNETH A. SELTZER, CPA | ACCOUNTANT FEES PER ORDER ENTERED 8/16/21 [DOC 167] | 3410-000 | | $500.00 | $17,163.01 |

SUBTOTALS   $0.00   $1,191.75

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3                    Exhibit B

| Case No. | 20-10752-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/10/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $34,127.79 | $16,964.78 | $17,163.01 |
| | | | Less: Bank transfers/CDs | | $12,571.00 | $0.00 | |
| | | | Subtotal | | $21,556.79 | $16,964.78 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $21,556.79 | $16,964.78 | |

| For the period of 2/10/2020 to 8/25/2021 | | For the entire history of the account between 03/17/2020 to 8/25/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $21,556.79 | Total Compensable Receipts: | $21,556.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,556.79 | Total Comp/Non Comp Receipts: | $21,556.79 |
| Total Internal/Transfer Receipts: | $12,571.00 | Total Internal/Transfer Receipts: | $12,571.00 |
| | | | |
| Total Compensable Disbursements: | $16,964.78 | Total Compensable Disbursements: | $16,964.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,964.78 | Total Comp/Non Comp Disbursements: | $16,964.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 4   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-10752-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Trust Account |
| For Period Beginning: | 2/10/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2020 | (8) | EVERYTOWN FOR GUN SAFETY | PURCHASE OF GUN PARTS PER ORDER ENTERED 9/17/20 [DOC 82] | 1229-000 | $10,000.00 | | $10,000.00 |
| 09/22/2020 | (8) | EVERYTOWN FOR GUN SAFETY | SALE OF GUN PARTS PER ORDER ENTERED 9/17/20 [DOC 82] | 1229-000 | $2,571.00 | | $12,571.00 |
| 09/22/2020 | | Transfer To: #*******0752 | Transfer to General Account from Trust Account | 9999-000 | | $12,571.00 | $0.00 |
| | | | TOTALS: | | $12,571.00 | $12,571.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $12,571.00 | |
| | | | Subtotal | | $12,571.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $12,571.00 | $0.00 | |

| For the period of 2/10/2020 to 8/25/2021 | | For the entire history of the account between 06/16/2020 to 8/25/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,571.00 | Total Compensable Receipts: | $12,571.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,571.00 | Total Comp/Non Comp Receipts: | $12,571.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $12,571.00 | Total Internal/Transfer Disbursements: | $12,571.00 |

Page No: 5                 Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 20-10752-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Trust Account |
| For Period Beginning: | 2/10/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $34,127.79 | $16,964.78 | $17,163.01 |

| **For the period of 2/10/2020 to 8/25/2021** | | **For the entire history of the case between 02/10/2020 to 8/25/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $34,127.79 | Total Compensable Receipts: | $34,127.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,127.79 | Total Comp/Non Comp Receipts: | $34,127.79 |
| Total Internal/Transfer Receipts: | $12,571.00 | Total Internal/Transfer Receipts: | $12,571.00 |
| | | | |
| Total Compensable Disbursements: | $16,964.78 | Total Compensable Disbursements: | $16,964.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,964.78 | Total Comp/Non Comp Disbursements: | $16,964.78 |
| Total Internal/Transfer Disbursements: | $12,571.00 | Total Internal/Transfer Disbursements: | $12,571.00 |

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER

| Case No. | 20-10752-ABL | | | Trustee Name: | Lenard E. Schwartzer |
| Case Name: | JIMENEZ ARMS, INC. | | | | |
| Claims Bar Date: | 08/18/2020 | | | Date: | 8/25/2021 |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LENARD E. SCHWARTZER  2850 S. Jones Blvd., Ste 1  Las Vegas NV 89146 | Trustee Expenses | Allowed | 2200-000 | $700.60 | $0.00 | $0.00 | $0.00 | $700.60 |
| | GENSKE, MULDER & COMPANY, LLP  3187 RED HILL AVE SUITE 110  COSTA MESA CA 92626 | Special Accountant for Trustee Fees | Allowed | 3410-580 | $1,960.00 | $1,960.00 | $0.00 | $0.00 | $0.00 |
| | KENNETH A. SELTZER, CPA  17 CANDLEWYCK DR HENDERSON NV 89052 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | LENARD E. SCHWARTZER  2850 S. Jones Blvd., Ste 1  Las Vegas NV 89146 | Trustee Compensation | Allowed | 2100-000 | $4,162.78 | $0.00 | $0.00 | $0.00 | $4,162.78 |
| ATTF | SCHWARTZER & MCPHERSON LAW FIRM  2850 South Jones Blvd, Suite 1  Las Vegas NV 89146 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $11,487.00 | $11,487.00 | $0.00 | $0.00 | $0.00 |
| ATTX | SCHWARTZER & MCPHERSON LAW FIRM  2850 South Jones Blvd, Suite 1  Las Vegas NV 89146 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $321.34 | $321.34 | $0.00 | $0.00 | $0.00 |
| AUCT | NELLIS AUCTION  2245 N NELLIS LAS VEGAS NV 89115 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $733.75 | $733.75 | $0.00 | $0.00 | $0.00 |

| Case No. | 20-10752-ABL | | | | | | | Trustee Name: | Lenard E. Schwartzer |
| Case Name: | JIMENEZ ARMS, INC. | | | | | | | | |
| Claims Bar Date: | 08/18/2020 | | | | | | | Date: | 8/25/2021 |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DEPT. OF EMPLOYMENT, TRAINING & REHAB EMPLOYMENT SECURITY DIVISION 500 EAST THIRD STREET Carson City NV 89713 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Amended by Claim 15 | | | | | | | | |
| 2 | PRAXAIR DISTRIBUTION INC. c/o RMS PO Box 19253 Minneapolis MN 55419 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,603.17 | $0.00 | $0.00 | $0.00 | $1,603.17 |
| 3 | STATE OF NEVADA DEPARTMENT OF TAXATION 555 E. Washington Ave. Ste #1300 Las Vegas NV 89101 | Pers. Prop. and Intangibles-- Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $6,181.91 | $0.00 | $0.00 | $0.00 | $6,181.91 |
| **Claim Notes:** | Secured by liens recorded in Clark County on 11/25/19 | | | | | | | | |
| 3a | STATE OF NEVADA DEPARTMENT OF TAXATION 555 E. Washington Ave. Ste #1300 Las Vegas NV 89101 | Claims of Governmental Units | Allowed | 5800-000 | $1,414.94 | $0.00 | $0.00 | $0.00 | $1,414.94 |
| 3b | STATE OF NEVADA DEPARTMENT OF TAXATION 555 E. Washington Ave. Ste #1300 Las Vegas NV 89101 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $140.44 | $0.00 | $0.00 | $0.00 | $140.44 |
| 4 | CLARK COUNTY ASSESSOR C/O BANKRUPTCY CLERK 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551401 Las Vegas NV 89155-1401 | Pers. Prop. and Intangibles-- Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $808.30 | $0.00 | $0.00 | $0.00 | $808.30 |
| **Claim Notes:** | Secured by liens recorded in Clark County on 7/1/19 | | | | | | | | |

| Case No. | 20-10752-ABL | | | | | | | Trustee Name: | Lenard E. Schwartzer |
| Case Name: | JIMENEZ ARMS, INC. | | | | | | | Date: | 8/25/2021 |
| Claims Bar Date: | 08/18/2020 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | PENTRATE METAL PROCESSING<br><br>3517 EAST OLYMPIC BLVD.<br>Los Angeles CA 90023 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,082.34 | $0.00 | $0.00 | $0.00 | $2,082.34 |
| 6 | GENSKE, MULDER COMPANY LLP<br><br>3187 RED HILL AVE. #110<br>Costa Mesa CA 92626 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $76,431.78 | $0.00 | $0.00 | $0.00 | $76,431.78 |
| 7 | INTERNAL REVENUE SERVICE<br><br>P.O. BOX 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $469,624.22 | $0.00 | $0.00 | $0.00 | $469,624.22 |
| 7a | INTERNAL REVENUE SERVICE<br><br>P.O. BOX 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $136,666.58 | $0.00 | $0.00 | $0.00 | $136,666.58 |
| 8 | CENTENNIAL SPRING CO.<br><br>1777 W. ARROW RTE. UNIT 410<br>Upland CA 91786 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,672.04 | $0.00 | $0.00 | $0.00 | $8,672.04 |
| 9 | SIERRA WESTERN PAPERBOX, INC<br><br>3765 MAUNA LOA ST.<br>Brea CA 92823 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $52,086.71 | $0.00 | $0.00 | $0.00 | $52,086.71 |
| 10 | MJO ENTERPRISES<br><br>38 PHILLIPSBURG<br>Irvine CA 92620 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| 11 | ALVINO CRAWFORD AND BEVERLY CRAWFORD, INDIVIDUALLY<br>1177 Avenue of the Americas<br>New York NY 10036 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Case No. | 20-10752-ABL | | | | | | | Trustee Name: | Lenard E. Schwartzer |
| Case Name: | JIMENEZ ARMS, INC. | | | | | | | | |
| Claims Bar Date: | 08/18/2020 | | | | | | | Date: | 8/25/2021 |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12 | CITY OF KANSAS CITY, MISSOURI<br><br>c/o Philip Bentley & Priya Baranpuria<br>1177 Avenue of the Americas<br>New York NY 10036 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br><br>Brian Wissman<br>550 Main Street, Suite 8002<br>Cincinnati OH 45202 | Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $497,124.79 | $0.00 | $0.00 | $0.00 | $497,124.79 |
| Claim Notes: | Secured by liens recorded in Clark County on 3/22/17 | | | | | | | | |
| 13a | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>Brian Wissman<br>550 Main Street, Suite 8002<br>Cincinnati OH 45202 | Claims of Governmental Units | Allowed | 5800-000 | $544,014.31 | $0.00 | $0.00 | $0.00 | $544,014.31 |
| 13b | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>Brian Wissman<br>550 Main Street, Suite 8002<br>Cincinnati OH 45202 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $158,771.73 | $0.00 | $0.00 | $0.00 | $158,771.73 |
| 14 | HARSCH INVESTMENT PROPERTIES-NEVADA, LLC<br>1121 SW Salmon<br>Portland OR 97205-9720 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $125,627.82 | $0.00 | $0.00 | $0.00 | $125,627.82 |
| 15 | DEPT. OF EMPLOYMENT, TRAINING & REHAB EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>Carson City NV 89713 | Claims of Governmental Units | Allowed | 5800-000 | $24,282.89 | $0.00 | $0.00 | $0.00 | $24,282.89 |
| | | | | | $2,125,999.44 | $15,502.09 | $0.00 | $0.00 | $2,110,497.35 |

| | |
|---|---|
| Case No. | 20-10752-ABL |
| Case Name: | JIMENEZ ARMS, INC. |
| Claims Bar Date: | 08/18/2020 |

Trustee Name: Lenard E. Schwartzer
Date: 8/25/2021

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $321.34 | $321.34 | $321.34 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $11,487.00 | $11,487.00 | $11,487.00 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees (including buyers premiums) | $733.75 | $733.75 | $733.75 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $1,039,336.36 | $1,039,336.36 | $0.00 | $0.00 | $0.00 | $1,039,336.36 |
| General Unsecured § 726(a)(2) | $452,452.46 | $436,554.79 | $0.00 | $0.00 | $0.00 | $436,554.79 |
| Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | $504,115.00 | $504,115.00 | $0.00 | $0.00 | $0.00 | $504,115.00 |
| Special Accountant for Trustee Fees | $1,960.00 | $1,960.00 | $1,960.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $125,627.82 | $125,627.82 | $0.00 | $0.00 | $0.00 | $125,627.82 |
| Trustee Compensation | $4,162.78 | $4,162.78 | $0.00 | $0.00 | $0.00 | $4,162.78 |
| Trustee Expenses | $700.60 | $700.60 | $0.00 | $0.00 | $0.00 | $700.60 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      20-10752-ABL
Case Name:     JIMENEZ ARMS, INC.
Trustee Name:  Lenard E. Schwartzer

Balance on hand:         $17,163.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | State of Nevada Department of Taxation | $6,181.91 | $6,181.91 | $0.00 | $0.00 |
| 4 | CLARK COUNTY ASSESSOR | $808.30 | $808.30 | $0.00 | $0.00 |
| 13 | Alcohol and Tobacco Tax and Trade Bureau | $497,124.79 | $497,124.79 | $0.00 | $12,299.63 |

Total to be paid to secured creditors:    $12,299.63
Remaining balance:                         $4,863.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Lenard E. Schwartzer, Trustee Fees | $4,162.78 | $0.00 | $4,162.78 |
| Lenard E. Schwartzer, Trustee Expenses | $700.60 | $0.00 | $700.60 |
| Schwartzer & McPherson Law Firm, Attorney for Trustee Fees | $11,487.00 | $11,487.00 | $0.00 |
| Schwartzer & McPherson Law Firm, Attorney for Trustee Expenses | $321.34 | $321.34 | $0.00 |
| KENNETH A. SELTZER, CPA, Accountant for Trustee Fees | $1,000.00 | $1,000.00 | $0.00 |
| NELLIS AUCTION, Auctioneer for Trustee Fees | $733.75 | $733.75 | $0.00 |
| Other: GENSKE, MULDER & COMPANY, LLP, Special Accountant for Trustee Fees | $1,960.00 | $1,960.00 | $0.00 |
| Other: HEALTHY TECHNOLOGY SOLUTIONS LLC, Other Professional Fees | $1,063.75 | $1,063.75 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

|  | Total to be paid for chapter 7 administrative expenses: | $4,863.38 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,039,336.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3a | State of Nevada Department of Taxation | $1,414.94 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | $469,624.22 | $0.00 | $0.00 |
| 13a | Alcohol and Tobacco Tax and Trade Bureau | $544,014.31 | $0.00 | $0.00 |
| 15 | DEPT. OF EMPLOYMENT, TRAINING & REHAB | $24,282.89 | $0.00 | $0.00 |

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $436,554.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DEPT. OF EMPLOYMENT, TRAINING & REHAB | $0.00 | $0.00 | $0.00 |
| 2 | Praxair Distribution Inc. | $1,603.17 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 3b | State of Nevada Department of Taxation | $140.44 | $0.00 | $0.00 |
| 5 | PENTRATE METAL PROCESSING | $2,082.34 | $0.00 | $0.00 |
| 6 | GENSKE, MULDER COMPANY LLP | $76,431.78 | $0.00 | $0.00 |
| 7a | INTERNAL REVENUE SERVICE | $136,666.58 | $0.00 | $0.00 |
| 8 | CENTENNIAL SPRING CO. | $8,672.04 | $0.00 | $0.00 |
| 9 | SIERRA WESTERN PAPERBOX, INC | $52,086.71 | $0.00 | $0.00 |
| 10 | MJO ENTERPRISES | $100.00 | $0.00 | $0.00 |
| 11 | Alvino Crawford and Beverly Crawford, individually | $0.00 | $0.00 | $0.00 |
| 12 | City of Kansas City, Missouri | $0.00 | $0.00 | $0.00 |
| 13b | Alcohol and Tobacco Tax and Trade Bureau | $158,771.73 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $125,627.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 14 | Harsch Investment Properties-Nevada, LLC | $125,627.82 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)