_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 23, 2021

**LENARD E. SCHWARTZER, TRUSTEE**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
trustee@s-mlaw.com
(702) 307-2022

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re | CASE NO. BK-S 20-10752-ABL |
|---|---|
| JIMENEZ ARMS, INC., | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor. | DATE:  November 18, 2021<br>TIME:  11:00 a.m. |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND PAYMENT
### OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Lenard E. Schwartzer, Trustee of the above-entitled estate, having filed herein his Final Report and Account for this bankruptcy estate [Doc 181], and said report coming before this Court for approval on the 18th day of November, 2021, the Trustee appearing personally, the Court finding that notice has been given to all creditors and parties in interest as required by law and there being no opposition; and good cause appearing therefor,

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that the Trustee's Final Report is APPROVED and the Trustee is authorized to make payments to the parties as described therein; and

IT IS HEREBY FURTHER ORDERED that Trustee fees in the amount of $4,162.78 and expenses in the amount of $700.60 are approved.

Submitted by:

*/s/ Lenard E. Schwartzer*
LENARD E. SCHWARTZER, TRUSTEE

ALTERNATIVE METHOD RE RULE 9021

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____The Court waived the requirement set forth in LR9021(b)(1).

___X___No parties appeared at the hearing or filed an objection to the motion.

_____I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

*/s/ Lenard E. Schwartzer*
LENARD E. SCHWARTZER, TRUSTEE

###