UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | § | Case No. 20-10752-ABL |
|---|---|---|
| | § | |
| JIMENEZ ARMS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Lenard E. Schwartzer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,722.29 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $12,299.63 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $21,828.16 | | |

    3)    Total gross receipts of $34,127.79 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $34,127.79 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $504,115.00 | $504,115.00 | $12,299.63 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $21,828.16 | $21,828.16 | $21,828.16 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,326,191.09 | $1,039,336.36 | $1,039,336.36 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $996,355.99 | $7,578,080.28 | $7,562,182.61 | $0.00 |
| **Total Disbursements** | $2,322,547.08 | $9,143,359.80 | $9,127,462.13 | $34,127.79 |

   4).  This case was originally filed under chapter 7 on 02/10/2020.  The case was pending for 23 months.

   5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 01/18/2022          By:  /s/ Lenard E. Schwartzer
                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | $18,621.79 |
| Office Equipment | 1129-000 | $2,935.00 |
| Gun Parts | 1229-000 | $12,571.00 |
| **TOTAL GROSS RECEIPTS** | | $34,127.79 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | State of Nevada Department of Taxation | 4220-000 | $0.00 | $6,181.91 | $6,181.91 | $0.00 |
| 4 | CLARK COUNTY ASSESSOR | 4220-000 | $0.00 | $808.30 | $808.30 | $0.00 |
| 13 | Alcohol and Tobacco Tax and Trade Bureau | 4220-000 | $0.00 | $497,124.79 | $497,124.79 | $12,299.63 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $504,115.00 | $504,115.00 | $12,299.63 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lenard E. Schwartzer, Trustee | 2100-000 | NA | $4,162.78 | $4,162.78 | $4,162.78 |
| Lenard E. Schwartzer, Trustee | 2200-000 | NA | $700.60 | $700.60 | $700.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $8.95 | $8.95 | $8.95 |
| Independent Bank | 2600-000 | NA | $389.99 | $389.99 | $389.99 |
| Schwartzer & McPherson Law Firm, Attorney for Trustee | 3110-000 | NA | $11,487.00 | $11,487.00 | $11,487.00 |
| Schwartzer & McPherson Law Firm, Attorney for Trustee | 3120-000 | NA | $321.34 | $321.34 | $321.34 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| KENNETH A. SELTZER, CPA, Accountant for Trustee | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| GENSKE, MULDER & COMPANY, LLP, Special Accountant for Trustee | 3410-580 | NA | $1,960.00 | $1,960.00 | $1,960.00 |
| NELLIS AUCTION, Auctioneer for Trustee | 3610-000 | NA | $733.75 | $733.75 | $733.75 |
| HEALTHY TECHNOLOGY SOLUTIONS LLC, Other Professional | 3991-000 | NA | $1,063.75 | $1,063.75 | $1,063.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $21,828.16 | $21,828.16 | $21,828.16 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3a | State of Nevada Department of Taxation | 5800-000 | $0.00 | $1,414.94 | $1,414.94 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | 5800-000 | $421,579.41 | $469,624.22 | $469,624.22 | $0.00 |
| 13a | Alcohol and Tobacco Tax and Trade Bureau | 5800-000 | $0.00 | $544,014.31 | $544,014.31 | $0.00 |
| 15 | DEPT. OF EMPLOYMENT, TRAINING & REHAB | 5800-000 | $0.00 | $24,282.89 | $24,282.89 | $0.00 |
| | NEVADA DEPARTMENT OF TAXATION | 5800-000 | $4,611.68 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES TREASURY (EXCISE TAX) | 5800-000 | $900,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,326,191.09 | $1,039,336.36 | $1,039,336.36 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | DEPT. OF EMPLOYMENT, TRAINING & REHAB | 7100-000 | $19,825.19 | $15,897.67 | $0.00 | $0.00 |
| 2 | Praxair Distribution Inc. | 7100-000 | $0.00 | $1,603.17 | $1,603.17 | $0.00 |
| 3b | State of Nevada Department of Taxation | 7100-000 | $0.00 | $140.44 | $140.44 | $0.00 |
| 5 | PENTRATE METAL PROCESSING | 7100-000 | $2,100.00 | $2,082.34 | $2,082.34 | $0.00 |
| 6 | GENSKE, MULDER COMPANY LLP | 7100-000 | $75,000.00 | $76,431.78 | $76,431.78 | $0.00 |
| 7a | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $136,666.58 | $136,666.58 | $0.00 |
| 8 | CENTENNIAL SPRING CO. | 7100-000 | $2,858.32 | $8,672.04 | $8,672.04 | $0.00 |
| 9 | SIERRA WESTERN PAPERBOX, INC | 7100-000 | $40,000.00 | $52,086.71 | $52,086.71 | $0.00 |
| 10 | MJO ENTERPRISES | 7100-000 | $100.00 | $100.00 | $100.00 | $0.00 |
| 11 | Alvino Crawford and Beverly Crawford, individually | 7100-000 | $0.00 | $2,000,000.00 | $2,000,000.00 | $0.00 |
| 12 | City of Kansas City, Missouri | 7100-000 | $0.00 | $5,000,000.00 | $5,000,000.00 | $0.00 |
| 13b | Alcohol and Tobacco Tax and Trade Bureau | 7100-000 | $0.00 | $158,771.73 | $158,771.73 | $0.00 |
| 14 | Harsch Investment Properties-Nevada, LLC | 7200-000 | $0.00 | $125,627.82 | $125,627.82 | $0.00 |
| | AZURE CREATIVES ENTERPRISES | 7100-000 | $1,031.00 | $0.00 | $0.00 | $0.00 |
| | CAL-AMMO, INC | 7100-000 | $2,160.00 | $0.00 | $0.00 | $0.00 |
| | CARL WAYNE ORR | 7100-000 | $625,000.00 | $0.00 | $0.00 | $0.00 |
| | CLARK COUNTY TREASURER | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | COAST CUTTERS CO, INC | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | COMPUTED TOOL & DIE | 7100-000 | $2,825.00 | $0.00 | $0.00 | $0.00 |
| | DEPT OF EMPLOYMENT, TRAINING, & REHAD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FOLAND, WICKENS, ROPER, HOFER & CRAWFORD | 7100-000 | $21,000.00 | $0.00 | $0.00 | $0.00 |
| | IDCI | 7100-000 | $48,000.00 | $0.00 | $0.00 | $0.00 |
| | INTELLIGENT DESIGN I.T. CONSULTING | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| | JA INDUSTRIES LLC | 7100-000 | $3,640.00 | $0.00 | $0.00 | $0.00 |
| | JENNISON ENGINEERING INC | 7100-000 | $1,025.00 | $0.00 | $0.00 | $0.00 |
| | NEVADA DEPARTMENT OF MOTOR VEHICLES | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PAUL JIMENEZ JR. | 7100-000 | $14,900.00 | $0.00 | $0.00 | $0.00 |
| | PAUL JIMINEZ SR | 7100-000 | $28,000.00 | $0.00 | $0.00 | $0.00 |
| | PORTER LAW FIRM, A PROFESSIONAL CORP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | RBC PRECISION PRODUCTS-BREMEN | 7100-000 | $988.26 | $0.00 | $0.00 | $0.00 |
| | SOCIAL SECURITY ADMINISTRATION | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SUNSTATE EQUIPMENT | 7100-000 | $1,903.22 | $0.00 | $0.00 | $0.00 |
| | TOTAL ECLIPSE GROUP, LTD | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES TRUSTEE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $996,355.99 | $7,578,080.28 | $7,562,182.61 | $0.00 |

Page No: 1

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No.: | 20-10752-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | Date Filed (f) or Converted (c): | 02/10/2020 (f) |
| For the Period Ending: | 1/18/2022 | §341(a) Meeting Date: | 03/18/2020 |
| | | Claims Bar Date: | 08/18/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Accounts Receivable | $19,576.50 | $25,000.00 | | $18,621.79 | FA |
| 2 | Bank of America Checking #6981 | $4,183.89 | $4,183.89 | | $0.00 | FA |
| 3 | Bank of America Checking #8849 | $284.99 | $284.99 | | $0.00 | FA |
| 4 | Bank of America Savings #8852 | $153.41 | $163.41 | | $0.00 | FA |
| 5 | Office Equipment | $9,389.41 | $2,935.00 | | $2,935.00 | FA |
| Asset Notes: | 9/21/20 Order entered granting mtn to employ Nellis Auction and sell assets at auction; 12/18/20 filed report of sale [Doc 103] | | | | | |
| 6 | Rental of Warehouse at 7390 Eastgate Rd, Henderson | Unknown | $0.00 | | $0.00 | FA |
| 7 | Cash on Hand | $100.00 | $100.00 | | $0.00 | FA |
| 8 | Gun Parts (u) | $0.00 | $12,571.00 | | $12,571.00 | FA |
| Asset Notes: | 9/17/20 order entered granting mtn to sell free and clear 10/2/20 filed report of sale | | | | | |
| 9 | Preferences (u) | $0.00 | $50,000.00 | | $0.00 | FA |
| Asset Notes: | Preferences against Paul Jimenez, his family and his affiliates. Insufficient evidence to pursue | | | | | |
| 10 | Alter Ego Claims against Paul Jimenez, and His Other Companies and Other Persons and/or Entities (u) | $0.00 | $50,000.00 | OA | $0.00 | FA |
| Asset Notes: | Order entered 8/18/21 abandoning alter ego claims | | | | | |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $33,688.20 | $145,238.29 | | $34,127.79 | $0.00 |

**Major Activities affecting case closing:**
10/19/2021    11/23/21 ORDER ENTERED APPROVING TFR; REPORT OF DISTRIBUTION

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 02/28/2022 | /s/ LENARD E. SCHWARTZER |
| Current Projected Date Of Final Report (TFR): | 11/30/2021 | LENARD E. SCHWARTZER |

**FORM 2**

Page No: 1        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-10752-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/10/2020 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/18/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2020 | (1) | jJIMENEZ ARMS INC | A/R | 1121-000 | $14,695.79 | | $14,695.79 |
| 03/17/2020 | (1) | RGW SPORTS INC | A/R | 1121-000 | $570.00 | | $15,265.79 |
| 06/19/2020 | (1) | Shining Star Investments | a/r | 1121-000 | $3,356.00 | | $18,621.79 |
| 07/21/2020 | 101 | HEALTHY TECHNOLOGY SOLUTIONS LLC | RECOVERY OF DEBTOR'S COMPUTER DATA PER ORDER ENTERED 9/21/20 [DOC 86] | 3991-000 | | $1,063.75 | $17,558.04 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.18 | $17,517.86 |
| 09/21/2020 | 102 | GENSKE, MULDER & COMPANY, LLP | CLIENT NO. 11646; SPECIAL ACCOUNTANT FEES FOR PREPARATION OF 2019 TAX RETURN; PER ORDER ENTRED 9/21/20 [DOC 85] | 3410-580 | | $1,960.00 | $15,557.86 |
| 09/22/2020 | | Transfer From: #*******0752 | Transfer from Trust Account to General Account | 9999-000 | $12,571.00 | | $28,128.86 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $41.09 | $28,087.77 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.96 | $28,046.81 |
| 11/05/2020 | (5) | NELLIS AUCTION | Sale of office equipment at auction per order entered 9/21/20 [Doc 84] | 1129-000 | $2,935.00 | | $30,981.81 |
| 11/16/2020 | 103 | NELLIS AUCTION | AUCTIONEER FEES PER ORDER ENTERED 9/21/20 [DOC 84] | 3610-000 | | $733.75 | $30,248.06 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $44.72 | $30,203.34 |
| 12/07/2020 | 104 | Schwartzer & McPherson Law Firm | Attorney Fees and Expenses per Order entered 12/7/20 [Doc 133] | * | | $11,808.34 | $18,395.00 |
| | | | Schwartzer & McPherson Law Firm    $(11,487.00) | 3110-000 | | | $18,395.00 |
| | | | Schwartzer & McPherson Law Firm    $(321.34) | 3120-000 | | | $18,395.00 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.24 | $18,354.76 |
| 01/13/2021 | 105 | INTERNATIONAL SURETIES, LTD. | VOID - DURING DISTRIBUTION OF PAYMENTS FOR BOND PREMIUMS, CHECK POSTED IN ERROR; Bond Payment | 2300-003 | | $8.95 | $18,345.81 |
| 01/13/2021 | 105 | VOID: INTERNATIONAL SURETIES, LTD. | VOID - DURING DISTRIBUTION OF PAYMENTS FOR BOND PREMIUMS, CHECK POSTED IN ERROR; Void of Check# 105 | 2300-003 | | ($8.95) | $18,354.76 |
| | | | | **SUBTOTALS** | $34,127.79 | $15,773.03 | |

Page No: 2   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-10752-ABL | | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | | | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/10/2020 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/18/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/13/2021 | 106 | INTERNATIONAL SURETIES, LTD. | VOID - DURING DISTRIBUTION OF PAYMENTS FOR BOND PREMIUMS, CHECK POSTED IN ERROR; Bond Payment | 2300-003 | | $8.95 | $18,345.81 |
| 01/13/2021 | 106 | VOID: INTERNATIONAL SURETIES, LTD. | VOID - DURING DISTRIBUTION OF PAYMENTS FOR BOND PREMIUMS, CHECK POSTED IN ERROR; Void of Check# 106 | 2300-003 | | ($8.95) | $18,354.76 |
| 01/13/2021 | 107 | INTERNATIONAL SURETIES, LTD. | Bond #016048576 | 2300-000 | | $8.95 | $18,345.81 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $26.76 | $18,319.05 |
| 02/24/2021 | 108 | KENNETH A. SELTZER, CPA | ACCOUNTANT FEES PER ORDER ENTERED 2/24/21 [DOC 160] | 3410-000 | | $500.00 | $17,819.05 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $26.71 | $17,792.34 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.94 | $17,766.40 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.90 | $17,740.50 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.87 | $17,714.63 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.83 | $17,688.80 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.79 | $17,663.01 |
| 08/16/2021 | 109 | KENNETH A. SELTZER, CPA | ACCOUNTANT FEES PER ORDER ENTERED 8/16/21 [DOC 167] | 3410-000 | | $500.00 | $17,163.01 |
| 11/23/2021 | 110 | Lenard E. Schwartzer | Trustee Compensation | 2100-000 | | $4,162.78 | $13,000.23 |
| 11/23/2021 | 111 | Lenard E. Schwartzer | Trustee Expenses | 2200-000 | | $700.60 | $12,299.63 |
| 11/23/2021 | 112 | Alcohol and Tobacco Tax and Trade Bureau | Claim #: 13;   Account Number: ; Amount Claimed: 497,124.79; Amount Allowed: 497,124.79; Dividend: 71.66; Distribution Dividend: 2.47; | 4220-000 | | $12,299.63 | $0.00 |

SUBTOTALS   $0.00   $18,354.76

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-10752-ABL | |
| **Case Name:** | JIMENEZ ARMS, INC. | |
| **Primary Taxpayer ID #:** | **-***0912 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/10/2020 | |
| **For Period Ending:** | 1/18/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | Lenard E. Schwartzer | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******0752 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $34,127.79 | $34,127.79 | $0.00 |
| | | | Less: Bank transfers/CDs | | $12,571.00 | $0.00 | |
| | | | Subtotal | | $21,556.79 | $34,127.79 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $21,556.79 | $34,127.79 | |

**For the period of  2/10/2020 to 1/18/2022**

| | |
|---|---|
| Total Compensable Receipts: | $21,556.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,556.79 |
| Total Internal/Transfer Receipts: | $12,571.00 |
| | |
| Total Compensable Disbursements: | $34,127.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,127.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/17/2020 to 1/18/2022**

| | |
|---|---|
| Total Compensable Receipts: | $21,556.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,556.79 |
| Total Internal/Transfer Receipts: | $12,571.00 |
| | |
| Total Compensable Disbursements: | $34,127.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,127.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2     Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-10752-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Trust Account |
| For Period Beginning: | 2/10/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/18/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/18/2020 | (8) | EVERYTOWN FOR GUN SAFETY | PURCHASE OF GUN PARTS PER ORDER ENTERED 9/17/20 [DOC 82] | 1229-000 | $10,000.00 | | $10,000.00 |
| 09/22/2020 | (8) | EVERYTOWN FOR GUN SAFETY | SALE OF GUN PARTS PER ORDER ENTERED 9/17/20 [DOC 82] | 1229-000 | $2,571.00 | | $12,571.00 |
| 09/22/2020 | | Transfer To: #*******0752 | Transfer to General Account from Trust Account | 9999-000 | | $12,571.00 | $0.00 |
| | | | TOTALS: | | $12,571.00 | $12,571.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $12,571.00 | |
| | | | Subtotal | | $12,571.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $12,571.00 | $0.00 | |

| For the period of 2/10/2020 to 1/18/2022 | | For the entire history of the account between 06/16/2020 to 1/18/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,571.00 | Total Compensable Receipts: | $12,571.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,571.00 | Total Comp/Non Comp Receipts: | $12,571.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $12,571.00 | Total Internal/Transfer Disbursements: | $12,571.00 |

FORM 2

Page No: 5  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-10752-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | JIMENEZ ARMS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0912 | Checking Acct #: | ******0752 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Trust Account |
| For Period Beginning: | 2/10/2020 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/18/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $34,127.79 | $34,127.79 | $0.00 |

| For the period of 2/10/2020 to 1/18/2022 | | For the entire history of the case between 02/10/2020 to 1/18/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $34,127.79 | Total Compensable Receipts: | $34,127.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,127.79 | Total Comp/Non Comp Receipts: | $34,127.79 |
| Total Internal/Transfer Receipts: | $12,571.00 | Total Internal/Transfer Receipts: | $12,571.00 |
| | | | |
| Total Compensable Disbursements: | $34,127.79 | Total Compensable Disbursements: | $34,127.79 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,127.79 | Total Comp/Non Comp Disbursements: | $34,127.79 |
| Total Internal/Transfer Disbursements: | $12,571.00 | Total Internal/Transfer Disbursements: | $12,571.00 |

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER